# EXHIBIT "A"

**Prepared by and Return to:**
Steven A. Williamson, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, LLP
P. O. Box 1368
Clearwater, Florida 33757-1368
Telephone: 727-461-1818

**QUIT CLAIM DEED**

THIS INDENTURE is made on this 10th day of September, 2014, between **LENORE D. GOLDMAN, a married woman** ("Grantor"), whose post office address is 565 Bayview Drive, Belleair, FL 33756, and **TODD GOLDMAN AND NICOLE GOLDMAN, husband and wife, as to a fifty percent (50%) interest, and JASMIN ISMAIL, a single woman, as to a fifty percent (50%) interest** (collectively, "Grantee"), whose post office address is 565 Bayview Drive, Belleair, FL 33756.

Grantor, as a gift to the Grantee, does hereby grant, bargain, convey, transfer and assign to Grantee, and Grantee's successors and assigns forever, the following described lands, situated in Pinellas County, Florida:

**See Exhibit "A" attached hereto and made a part hereof by reference.**

Parcel ID #28-29-15-68562-002-0080

This conveyance is subject to any and all taxes and assessments for the year 2014 and subsequent years, and to any and all restrictions, reservations, encumbrances, covenants, mortgages, security agreements, conditions and easements of record.

TOGETHER with all the tenements, hereditaments and appurtenances, with every privilege, right, title, interest and estate, reversion, remainder and easement thereto belonging or in anywise appertaining (all of the foregoing are hereinafter collectively referred to as the "Property").

TO HAVE AND TO HOLD the same, together with all and singular appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest and claim whatsoever of Grantor, either in law or equity, to the only proper use, benefit and behoof of Grantee.

**Note to Administrator: This conveyance is not subject to Documentary Stamp Taxes pursuant to F.A.C. 12B-4.014 (2)(a).**

IN WITNESS WHEREOF, the said Grantor has caused these presents to be signed the day and year above written.

Signed, Sealed and Delivered
in our presence

Print: Gina L. Canopari

Joni J. Mann
Print: Joni J. Mann

Lenore D. Goldman

STATE OF FLORIDA )
COUNTY OF Pinellas )

The foregoing instrument was acknowledged before me this 10th day of September, 2014, by Lenore D. Goldman. She ☐ is personally known to me or ☑ has produced Florida drivers License as identification.

Notary Public
Print name:
My commission expires:

126612
#2020818_1

GINA L. CANOPARI
Notary Public - State of Florida
My Comm. Expires Jan 26, 2018
Commission # FF 63608
Bonded Through National Notary Assn.

EXHIBIT "A"

Lot 8, Block 2, of Peter S. Peterson's First Addition to Belleair, Florida, Plat Book 3, page 42, less the North 30 feet for Bayview Drive Street right of way, and the Westerly 55 feet of Lot 12, Block 17, Belleair Estates, Plat Book 18, page 12, of the public records of Pinellas County, Florida, which Westerly 55 feet of Lot 12 is more particularly described as follows:
Begin at a point located 5 feet West in the North boundary of said Lot 12 from the lot's Northeast corner; thence run South in a striaght line drawn parallel to the East boundary of said Lot 12 to the lot's Southerly boundary line; thence run Southwesterly along said Southerly boundary line to the South end of the West boundary of said Lot 12; thence along the West boundary of Lot 12 to the lot's Northwest corner; thence East in the North boundary to the Point of Beginning.

LESS AND EXCEPT:

The West ten (10) feet of the following described property:
Lot 8, Block 2, of Peter S. Peterson's First Addition to Belleair, Florida, Plat Book 3, Page 42, less the North 30 feet for Bayview Drive Street right-of-way, Public Records of Pinellas County, Florida.

# EXHIBIT "B"

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | |
|---|---|---|---|---|
| Sender Name: TODD H GOLDMAN | | | | |
| Account Name: TODD H GOLDMAN NICOLE GOLDMAN | | Street Address: 565 BAYVIEW DR | | |
| City: BELLEAIR | State: FL | Zip: 33756-1411 | Country: USA | Daytime Phone: 727-251-3808 |
| Primary ID Type: Driver's License | ID Issuer: FL | ID Number: [redacted] | ID Issue Date: 02/09/2012 | ID Exp: 06/29/2021 |
| Secondary ID Type: Chase or Bank Issued Debit Card | ID Issuer: chase visa | ID Number: XXXXXXXXXXXX9018 | ID Issue Date: | ID Exp: 05/31/2016 |
| Authentication Method: | Request Method: Walk-in | Comments: | | |
| Callback Performed by (Employee Signature): | Caller (Employee) Phone number: | | | |
| Callback made to: | Callback Phone #: | Callback Date: | Callback Time: | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 06/13/2014 | Request time: 01:10:56PM Eastern time | Effective date: 06/13/2014 | Wire Type: Domestic |
| Debit Account #: [redacted]0639 | Debit Account Type: TOTAL CHECKING | Available balance: $243,616.21 | Wire Amount (US dollars): $212,500.00 |
| Qualifying Account # | Qualifying Account Type: | Source of funds: Checking | Wire Fee: $30.00 |
| Currency type to be sent: US Dollars | Exchange rate N/A | Foreign currency amount: N/A | Amount to Collect (USD): $212,530.00 |
| FX Contract Number: | | | |

# EXHIBIT "C"

 

*In Re Marriage of Goldman* **LASC Case No. BD 610 524**

**Summary of Credits To and Debits From The Parties' Chase Total Checking Account Ending -9639 ***

***August 26, 2013 through November 14, 2014***

| STATEMENT CLOSING DATE | CREDITS | SOURCE OF CREDITS | DEBITS | AMEX PAYMENTS *(Included in Debits)* |
|---|---|---|---|---|
| Aug 26, 2013 | $ 87,804 | JP Morgan - $60,000<br>Checks/Deposits - $27,804 | $39,186 | $12,000<br>$ 2,340 |
| Sept 26, 2013 | $ 23,430 | Checks/Deposits - $23,430 | $75,186 | $16,841 |
| Oct 25, 2013 | $ 49,047 | JP Morgan - $30,000<br>Checks/Deposits - $19,047 | $38,254 | $13,573 |
| Nov 27, 2013 | $ 29,994 | JP Morgan - $10,000<br>Checks/Deposits - $19,994 | $28,288 | $ 6,397 |
| Dec 26, 2013 | $ 49,734 | Ameritrade - $35,000<br>Checks/Deposits - $14,734 | $57,494 | $13,827 |
| Jan 28, 2014 | $ 53,466 | Ameritrade - $15,000<br>Checks/Deposits - $38,466 | $35,587 | $11,218 |
| Feb 27, 2014 | $ 48,529 | Ameritrade - $40,000<br>Checks/Deposits - $ 8,529 | $67,078 | $18,431 |
| March 26, 2014 | $ 60,746 | Ameritrade - $24,000<br>Checks/Deposits - $36,746 | $55,690 | $10,582 |
| April 24, 2014 | $151,607 | Ameritrade - $120,000<br>Checks/Deposits - $ 31,607 | $55,694 | $19,038 |
| May 27, 2014 | $52,952 | Ameritrade - $ 10,000<br>Checks/Deposits - $ 42,952 | $139,384 | $14,382 |
| June 25, 2014 | $322,973 | Ameritrade - $300,000<br>Checks/Deposits - $ 22,973 | $317,745 | $14,217 |
| July 25, 2014 | $ 30,447 | Ameritrade - $25,000<br>Checks/Deposits - $ 5,447 | $44,453 | $13,709 |
| Aug 26, 2014 | $ 52,809 | Ameritrade - $40,000<br>Checks/Deposits - $12,809 | $53,876 | $23,131 |
| Sept 25, 2014 | $ 26,403 | Ameritrade - $19,000<br>Checks/Deposits - $ 7,403 | $30,295 | $ 8,251 |
| Oct 27, 2014 | $ 56,169 | Ameritrade - $18,000<br>Checks/Deposits - $38,169 | $54,505 | $ 9,093<br>$ 7,921<br>$ 1,566 |
| Nov 28, 2014 | $ 33,167 | Ameritrade - $25,000<br>Checks/Deposits - $15,385 | *Account closed on 11-14-2014* | None |
| **TOTAL** | **$1,129,277** | | **$1,092,715** | |

*For the period from August 2013 through June 25, 2014, this account was held in the names of both parties. Commencing June 26, 2014, the account was in Petitioner's name alone.

EXHIBIT E
BROT & GROSS, LLP



Exhbits A-H Page 9 of 48

*In Re Marriage of Goldman* LASC Case No. BD 610 524

| Statement Date | Deposits to Account | Source of Deposits | Debits | Amex Payments |
|---|---|---|---|---|
| August 2013 | 87,804.44 | JP Morgan - $60k | $39,000 | $12,000<br>$2,340 |
| Sept 2013 | $23,430 | JP Morgan - $30k<br>Checks - $19,047 | $74,000 | $16,841 |
| | | | | |

# EXHIBIT "D"

"update"

# Account Information
## For Individual and Joint Accounts

Page 1 of 9

- Complete all applicable sections to avoid delays in processing.
- Please type or print all information in blue/black ink and do not use correction fluid/tape.
- Defined terms are located on page 7.

| Account/Control # | FP/AE # |
|---|---|
| ▓▓▓▓▓▓▓▓▓ | R 89 |

### Account Profile

Specify all Account Holder(s) below:

**TODD GOLDMAN**

Account Nickname (Optional)

### Account Type (Select one)

| | | | |
|---|---|---|---|
| ○ Individual | ○ Joint Tenants with Rights of Survivorship² | ○ IRA – Traditional⁴ | ○ Deceased/Beneficiary IRA⁴,⁶ |
| ○ Custodial (UTMA/UGMA) | ○ Joint Tenants in Common² | ○ IRA – Rollover⁴ | ○ Deceased/Beneficiary Roth IRA⁴,⁵ |
| Under Laws of (State): ____ | ○ Joint Tenants by Entirety² | ○ IRA – Roth⁴ | ○ IRA – Guardian⁴ |
| Age of Termination: ____ | ○ Community Property²,³ | ○ IRA – SEP⁴ | ○ KEOGH⁴ |
| ○ Sole Proprietorship¹,² | ○ Transfer On Death²,³ | ○ Coverdell Education Savings⁴ | ○ Other⁴,⁵, specify: ____ |

1. Filed DBA form or copy of Business license required.
2. Additional JP Morgan documentation required.
3. Laws vary by state; this account type may not be available in your state.
4. Applicable retirement agreement(s) required.
5. Complete Primary Account Holder information for the Beneficiary and for the deceased individual provide name, date of birth, and social security # in the Additional Account Holder section.
6. Contact your Financial/Investment Professional for additional information.

**Trading Type (Select one)**          ○ Cash          ⦿ Margin¹

**Primary Investment Objective (Select one)**    ⦿ Income    ○ Growth    ○ Speculation    ○ Trading Profits¹    ○ Preservation of Capital

**Secondary Investment Objective (If applicable)**    ○ Income    ⦿ Growth    ○ Speculation    ○ Trading Profits¹    ○ Preservation of Capital

(1.Margin and Trading Profits are not available options for accounts using certain JP Morgan sponsored products.)

| **Risk Tolerance (Select one)** | ○ Conservative | ⦿ Moderate | ○ Aggressive |
|---|---|---|---|
| **Time Horizon (Select One)** | ○ Less Than 3 yrs | ○ 3 – 10 yrs | ○ Over 10 yrs |
| **Investable Assets (Select One)** | ○ Under $100,000 | ○ $100,000 - $499,999 | ○ $500,000 - $999,999 |
| | ○ $1,000,000 - $4,999,999 | ○ $5,000,000 - $9,999,999 | ○ Over $10 Million |
| | ○ Other: ____ | | |

**Primary Liquidity Needs (Select One)**    ○ Within 2 yrs    ○ 2 – 5 yrs    ○ 6 – 10 yrs    ○ More than 10 yrs

**Investment Experience in (Enter # of Years)**

| Stocks | 23 | Options | 20 | Mutual Funds/ETFs | 20 | Fixed Income | 20 |
|---|---|---|---|---|---|---|---|
| CDs | 20 | Margin | 23 | Alternative Investments | | Futures / Commodities | |

**Assets Held Away from Firm**    ○ No    ○ Yes    ○ Declined to Respond    Value of Assets Held Away | |

**Assets are invested in (Total must equal 100%)**    ____ % Equities    ____ % Fixed Income    ____ % Alternative Investments    ____ % Other

### Third-Party Trading Identification (If applicable) (Complete as instructed below, additional authorization required)

| | Provide the following information: |
|---|---|
| ○ Financial Professional Trading Authorization | Firm/Individual Name |
| | Street Address          City          State          Zip Code |
| ○ Individual Third-Party Trading Authorization | Proceed to Additional Account Holder/Custodian/Authorized Person Information and complete **Section A** for each Authorized Person noting "Trading Authority" for "Relation to Account". |

| X | X |
|---|---|
| Account Holder Signature          Date | Account Holder Signature          Date |

### For Financial Professional and Broker Dealer Use Only:

I have made the following Disclosure to the Account Holder(s): ☑ Yes ☐ No
This Firm is committed to complying with U.S. statutory and regulatory requirements designed to combat money laundering and terrorist financing. The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open an account or effect any transactions for you.

| X | X | X |
|---|---|---|
| Reg Rep/Financial Professional Signature    Date | Registered Principal Signature    Date | AML Signature (if required)    Date |

| Account opened by: | Telephone Number: |
|---|---|

For JP Morgan Use Only (v.12,3/2013) Form # 5142
Doc 301 N/A APP

EXHIBIT
BROT & GROSS, LLP



## Primary Account Holder/Minor Information (Complete for Primary Account Holder/Minor)

-7344 | | Todd | | Goldman |
Social Security # | Title | First Name | Middle | Last | Suffix

**Legal Address:** (No P.O. Box)

3856 Dixie Canyon Ave.
Home Street Address/Legal Residence (No P O. box or care of third-party) | Apt /Suite

Where are taxes paid? (If different than Legal Address) Country | State

Sherman Oaks | CA | 91423 |
City | State | Zip Code | Country (if non-US)

**Mailing Address (if different than above):** All correspondence, including, but not limited to statements, confirmations, notices, checks and securities, is sent to the legal address provided above for the Primary Account Holder (or Custodian for Custodial accounts) unless otherwise specified. (Authorization required if other than legal/business including "care of" or P.O. Box.)

Street Address/P O Box | Apt /Suite

City | State | Zip Code | Country (if non-US)

### Affiliations (Definitions on page 7)

Is any citizenship or any address associated with this individual in a High Risk Jurisdiction? ● No ○ Yes

Is individual currently/formerly a domestic or foreign Politically Exposed Person ("PEP"), Immediate Family Member or Known Close Associate of a PEP? ● No ○ Yes

If 'Yes' to either question above provide copy of valid government-issued photo ID. Note: additional review may delay account opening.

Is individual or a member of household affiliated with or employed by your firm? ● No ○ Yes
If Yes, Nature of Relationship: ______

Is individual or a member of household affiliated with or employed by Financial/Investment Professional or Third-Party Individual with trading authorization? If Yes, Nature of Relationship: ______ ● No ○ Yes

Introduced/Referred By: ______ Known how long? ______

Is individual or a member of household affiliated with or employed by a broker-dealer, a securities exchange, FINRA, or the MSRB? ● No ○ Yes
If Yes, Name of Associated Person: ______ Name of Firm/Entity: ______ (Approval letter from firm required)

Is individual a 10% shareholder, officer, director or otherwise a "control person" of a public company as defined in SEC Rule 144? ● No ○ Yes
If Yes, Name(s) of Company/Companies: ______ Trading Symbol(s): ______

### Personal Information

6-29-1968 | | 727-251-3808 |
Date of Birth (MM/DD/YYYY) | Gender | Home Telephone Number (Provide Country Code if non-US) | Email Address-optional

Alternative Telephone Number (Provide Country Code if non-US)-optional | Fax Number (Provide Country Code if non-US)-optional

If non-US, please provide[2]: Country of Citizenship | Type of ID | (Passport /Gov't ID #) | Country of Issuance
(2.Please also provide copy of valid government-issued photo ID evidencing nationality.)

Firm Client ID

○ U.S. Citizen ○ Resident Alien ○ Non-Resident Alien
Citizenship Status

○ Single ● Married ○ Domestic Partner ○ Divorced ○ Widowed
Marital Status

1
# of Dependents

If married: Spouse Name

Spouse Gender | Spouse Employer/Nature of Business | Spouse Occupation | Spouse Firm Client ID

### Employment Information

● Employed ○ Not Employed ○ Retired ○ Student
Employment Status

David and Goliath
Employer Name/Industry (Note if self-employed and indicate nature of business)

President
Occupation/Position

727-251-3808
Year Expected to Retire | Business Telephone Number (Provide Country Code if non-US) | Business Fax | Business Email Address

Provide Business Address below or specify: ☐ Same as Legal Address above or ☐ Same as Mailing Address above

Employer Business Address | City | State | Zip Code

 

## Primary Account Holder/Minor Information (continued)

### Financial Information

Select one for each:

| Annual Income (from all sources) | Net Worth (excluding residence) | Liquid Net Worth | US Federal Tax Rate |
|---|---|---|---|
| ○ Under $25,000 | ○ Under $100,000 | ○ Under $100,000 | ○ 0% |
| ○ $25,000 - $99,999 | ○ $100,000 - $199,999 | ○ $100,000 - $199,999 | ○ ≤28% |
| ○ $100,000 - $199,999 | ○ $200,000 - $399,999 | ○ $200,000 - $399,999 | ● 29-34% |
| ○ $200,000 - $299,999 | ○ $400,000 - $999,999 | ● $400,000 - $999,999 | ○ ≥35% |
| ○ $300,000 - $399,999 | ● $1 - $2.5 Million | ○ $1 - $2.5 Million | |
| ● Over $400,000 | ○ $2.5 - $5 Million | ○ $2.5 - $5 Million | |
| ○ Other: ________ | ○ Over $5 Million | ○ Over $5 Million | |
| | ○ Other: ________ | ○ Other: ________ | |

Select all that apply:

**Source of Wealth:** ☐ Client Owned Business ☐ Employment ☐ Gift ☐ Inheritance ☐ Investment ☐ Legal Settlement ☐ Lottery ☐ Retirement Distributions ☐ Sale of Assets ☐ Other: ________

**Source of Assets on Deposit:** ☐ Same as Source of Wealth ☐ Business Operations ☐ Client Owned Business ☐ Employment ☐ Gift ☐ Inheritance ☐ Internal Transfer ☐ Investment Income ☐ Legal Settlement ☐ Lottery ☐ Sale of Assets ☐ Retirement Distributions ☐ Transfer from another institution ☐ Other: ________

**Annual Expense** (select one): ○ None ○ Under $25,000 ○ $25,000 - $99,999 ○ $100,000 - $199,999 ○ $200,000 - $299,999 ○ $300,000 - $399,999 ○ Over $400,000 ○ Other: ________

## Additional Account Holder/Custodian/Authorized Person Information (If more than two, copy and attach additional page(s))

**Section A** (Complete for each individual including additional Account Holder(s), Custodian and persons with Trading Authority/Power of Attorney)

Social Security # ________ Title ________ First Name ________ Middle ________ Last ________ Suffix ________

Provide Home Address below or specify: ☐ Same as Legal Address above for Primary Account Holder/Minor

Home Street Address/Legal Residence (No P.O. boxes or care of third-party) ________ Apt/Suite ________

City ________ State ________ Zip Code ________ Country (if non-US) ________

### Affiliations (Definitions on page 7)

Is any citizenship or any address associated with this individual in a High Risk Jurisdiction? ○ No ○ Y

Is individual currently/formerly a domestic or foreign Politically Exposed Person ("PEP"), Immediate Family Member or Known Close Associate of a PEP? ○ No ○ Y

If 'Yes' to either question above provide copy of valid government-issued photo ID. Note: additional review may delay account opening.

Is individual or a member of household affiliated with or employed by your firm? ○ No ○ Y
If Yes, Nature of Relationship: ________

Is individual or a member of household affiliated with or employed by Financial/Investment Professional or Third-Party individual with trading authorization? If Yes, Nature of Relationship: ________ ○ No ○ Y

Introduced/Referred By: ________ Known how long? ________

Is individual or a member of household affiliated with or employed by a broker-dealer, a securities exchange, FINRA, or the MSRB? ○ No ○ Y
If Yes, Name of Associated Person: ________ Name of Firm/Entity: ________ (Approval letter from firm required)

Is individual a 10% shareholder, officer, director or otherwise a "control person" of a public company as defined in SEC Rule 144? ○ No ○ Y
If Yes, Name(s) of Company/Companies: ________ Trading Symbol(s): ________



# Customer Agreement for Introduced Clearance Accounts

DOC CODE Q 003

[illegible]

21. MARGIN AND OTHER COLLATERAL REQUIREMENTS.

(a) (Applicable only to margin account(s)) You hereby agree to deposit and maintain such margin in your margin account(s), if any, as the Clearing Agent Group may in its sole discretion require, and you agree to pay on demand any debit balance owing with respect to any of your margin accounts. Margin calls may be communicated orally, without subsequent written confirmation.

(b) In addition, you further agree to deposit promptly and maintain such other collateral with the Clearing Agent Group as is required by Applicable Laws or any other agreement or open transaction you may have with your Brokerage Firm or any Clearing Agent entity.

(c) No demands, calls, tenders or notices that the Clearing Agent Group or your Brokerage Firm may have made or given in the past shall obligate the Clearing Agent Group to make or give the same in the future.

22. [illegible]

[illegible]

23. [illegible]

[illegible]

24. LEGALLY BINDING. You hereby agree that the terms of this Agreement shall be binding upon you and your estate, heirs, executors, administrators, personal representatives, successors and assigns. You further agree that all purchases, sales and other transactions shall be for your account(s) in accordance with your oral or written instructions given to your Brokerage Firm. You hereby waive any and all defenses that any instruction with respect to any of your accounts was not in writing as may be required by the Statute of Frauds or any similar Applicable Laws.

25. [illegible]

[illegible]

26. GOVERNING LAW. THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF NEW YORK WITHOUT GIVING EFFECT TO ANY CONFLICTS OF LAW PRINCIPLES THEREOF.

27. ARBITRATION; CONSENT TO JURISDICTION; SERVICE OF PROCESS. (a)

- ARBITRATION IS FINAL AND BINDING ON THE PARTIES.
- THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.
- PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.
- THE ARBITRATORS' AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
- NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION OR WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL:
  - (i) THE CLASS CERTIFICATION IS DENIED;
  - (ii) THE CLASS IS DECERTIFIED; OR
  - (iii) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.
- BY SIGNING THIS PROVISION YOU AND THE CLEARING AGENT GROUP AGREE THAT CONTROVERSIES ARISING UNDER OR RELATING TO AN ACTIVITY OR THIS AGREEMENT BETWEEN YOU AND THE CLEARING AGENT GROUP, ITS PREDECESSORS, AND ANY OF THEIR RESPECTIVE SUCCESSORS,

4908 REV 04/03

[illegible]

28. SEVERABILITY. If and to the extent any term or provision herein is or should become invalid or unenforceable, then (i) the remaining terms and provisions hereof shall be unimpaired and remain in full force and effect and (ii) the invalid or unenforceable provision or term shall be replaced by a term or provision that is valid and enforceable and that comes closest to expressing the intention of such invalid or unenforceable term or provision.

29. EXTRAORDINARY EVENTS. The Clearing Agent Group shall not be liable for losses caused directly or indirectly by government restrictions, exchange or market rulings, suspension of trading, war, strikes or other conditions or events beyond its control.

30. HEADINGS. The headings of the provisions hereof are for ease of reference only and shall not affect the interpretation or application of this Agreement or in any way modify or qualify any of the rights or obligations provided for hereunder.

31. TELEPHONE AND ELECTRONIC COMMUNICATIONS. You hereby authorize the Clearing Agent Group to monitor and/or record any or all telephone and/or electronic communications between you and the Clearing Agent Group or any of the Clearing Agent Group employees or agents. You agree that such recordings may be used in connection with a dispute between the parties. You acknowledge that the Clearing Agent Group may determine not to make or keep such recordings and that such determination shall not in any way affect any party's rights.

32. [illegible]

[illegible]

33. [illegible]

[illegible]

BY SIGNING THIS AGREEMENT, YOU ACKNOWLEDGE THAT:

1. THE SECURITIES IN YOUR MARGIN ACCOUNT(S), IF ANY, AND ANY SECURITIES FOR WHICH YOU HAVE NOT FULLY PAID, TOGETHER WITH ALL ATTENDANT OWNERSHIP RIGHTS, MAY BE USED BY THE CLEARING AGENT GROUP OR SOLD OR PLEDGED TO THE CLEARING GROUP OR TO OTHERS; AND
2. YOU HAVE RECEIVED A COPY OF THIS AGREEMENT.

THIS AGREEMENT IS DATED AS OF 8/31, 20 09

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 27.

-00661
(Account Number)

Todd Goldman
(Typed or Printed Name)

X [signature]
(Signature)

(Typed or Printed Name)

X
(Signature)




BEAR STEARNS
The Bear Stearns Companies Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

# Customer Agreement for Introduced Clearance Accounts

THIS DOCUMENT IS A BINDING CONTRACT AND CONTAINS OBLIGATIONS THAT CAN BE ENFORCED AGAINST YOU.

PLEASE READ CAREFULLY, SIGN AND RETURN

Your brokerage firm ("Brokerage Firm"), acting on your behalf, introduces your account(s) to Bear, Stearns Securities Corp. ("Clearing Agent"), a subsidiary of The Bear Stearns Companies Inc. which, in turn, carries your account(s) and clears (i.e., processes) your securities transactions as your Brokerage Firm directs. This agreement ("Agreement") sets forth the terms and conditions on which Clearing Agent and other subsidiaries of The Bear Stearns Companies Inc. will open and maintain account(s) in your name. Your signature confirms that you agree to and are bound by the provisions of this Agreement.

1. **PARTIES.** The parties to this Agreement are you and all present or future subsidiaries of The Bear Stearns Companies Inc. (each subsidiary is referred to as a "Clearing Agent entity" and all Clearing Agent entities are referred to collectively as the "Clearing Agent Group"). You agree that your Brokerage Firm and its employees are third-party beneficiaries of this Agreement, and that the terms and conditions hereof, including the arbitration provision, shall be applicable to all matters between or among any of you, your Brokerage Firm and its employees and the Clearing Agent Group and its employees.

2. **APPLICABLE LAWS, RULES AND REGULATIONS.** All transactions shall be subject to the applicable laws, rules and regulations ("Applicable Laws") of all federal, state and self-regulatory authorities including, but not limited to, the rules and regulations of the Board of Governors of the Federal Reserve System and the constitutions, rules and customs of the exchange or market (and clearing house) where such transactions are executed.

3. [illegible]

4. **REPRESENTATIONS BY YOU.** You represent and covenant that (a) you have the right to pledge and assign Collateral to the Clearing Agent Group and (b) Collateral is and shall at all times be free and clear of any liens, claims or encumbrances, except in favor of a Clearing Agent entity.

5. **DEPOSITS ON TRANSACTIONS.** Your Brokerage Firm and the Clearing Agent Group may require you to deposit cash or other property, acceptable to your Brokerage Firm or the Clearing Agent Group, as the case may be, as Collateral, in your account(s) in such amounts as your Brokerage Firm or the Clearing Agent Group, as applicable, determines in its or their sole discretion and you agree to comply with any such request by no later than the deadline set by your Brokerage Firm or the Clearing Agent Group, as applicable.

6. [illegible]

7. **EXECUTION FEES AND SERVICE CHARGES.** Your account(s) will be charged brokerage commissions and/or other fees in connection with the execution of transactions ("Execution Fees") and may be charged certain other fees for other services furnished to you ("Service Fees"). All Execution Fees and certain Service Fees shall be determined by your Brokerage Firm. Execution Fees may be changed from time to time without prior notice to you and Service Fees may be changed from time to time upon thirty (30) days' prior written notice to you and, in each case, you agree to be bound thereby.

8. **CONFIRMATION REPORTS AND ACCOUNT STATEMENTS.** Confirmation reports of the execution of orders shall be conclusive if not objected to in writing by you within the shorter of (i) the applicable settlement cycle of the subject transactions or (ii) three (3) business days after such documents have been transmitted to you by mail or otherwise. Statements of account(s) shall be conclusive if not objected to in writing by you within ten (10) days after transmission. In all cases, the Clearing Agent Group and your Brokerage Firm reserve the right to challenge your objections.

9. **TRUTH-IN-LENDING; DEBIT BALANCES.** You hereby acknowledge receipt of the Clearing Agent Group's truth-in-lending disclosure statement. Interest will be charged on any debit balances in your account(s) in accordance with the methods described in such statement or in any amendment or revision thereto which may be provided to you. Any debit balance, which is not paid at the close of an interest period, will be added to the opening balance for the next interest period.

10. **ALLOCATION OF RESPONSIBILITIES TO YOUR BROKERAGE FIRM.** You hereby acknowledge receipt of the disclosure statement mailed by the Clearing Agent Group pursuant to Rule 382 of the New York Stock Exchange, Inc. As disclosed in such statement, the Clearing Agent Group is responsible only for certain specific functions related to processing your transactions, carrying your account(s) and extending credit in your margin account(s), if any. Your Brokerage Firm is solely and completely responsible for all other functions required of registered securities brokerage firms by Applicable Laws, including, but not limited to, all investment advice and recommendations made to you, including but not limited to the purchase or sale of securities. Your Brokerage Firm is neither an affiliate nor an agent of the Clearing Agent Group.

11. [illegible]

12. [illegible]

13. [illegible]

14. **CONTROL OR RESTRICTED SECURITIES.** Prior to placing an order in connection with any securities subject to Rule 144 or 145(d) of the Securities Act of 1933, you shall advise the Clearing Agent Group of the status of the securities and furnish us with the necessary documents to clear legal transfer. You acknowledge that there may be delays involved with the processing of control or restricted securities and that the Clearing Agent Group will not be liable for any losses caused directly or indirectly by such delays. The Clearing Agent Group may, in its sole discretion, require that control or restricted securities not be sold or transferred until such securities clear legal transfer.

15. **IMPARTIAL LOTTERY ALLOCATION.** You agree that, in the event the Clearing Agent Group holds on your behalf bonds or preferred stock in its name, in the name of its nominee or in bearer form which are called in part, you will participate in the impartial lottery allocation system for such called securities in accordance with the rules of the New York Stock Exchange, Inc. or any other appropriate self-regulatory organization. When any such call is favorable, no allocation will be made to any account with respect to which the Clearing Agent Group has actual knowledge that any officer, director or employee of the Clearing Agent Group has any financial interest until all other customers have been satisfied on an impartial lottery basis.

16. [illegible]

17. [illegible]

18. **RESTRICTIONS ON ACCOUNTS.** The Clearing Agent Group or your Brokerage Firm, in its or their sole discretion, may restrict or prohibit trading of securities or other property in any of your accounts and you shall nevertheless remain liable for all of your obligations and liabilities to the Clearing Agent Group and your Brokerage Firm under this Agreement or otherwise.

19. **CREDIT REPORTS AND OTHER INFORMATION.** You authorize the Clearing Agent Group and your Brokerage Firm, in its or their sole discretion, to make or obtain reports concerning your credit standing and business conduct. You may make a written request for a description of the nature and scope of the reports made or obtained by the Clearing Agent Group and the same will be provided to you within a reasonable period of time. You further agree to provide the Clearing Agent Group and/or your Brokerage Firm, on request, with such additional information or certification as may be required by Clearing Agent Group or Applicable Laws.

20. **SHORT AND LONG SALES.** In placing any sell order for a short account, you will

# EXHIBIT "E"



Cont. # 264996722

DOC CODE 001

NEW ACCOUNT FORM INDIVIDUALS

OFFICE # 896 ACCOUNT # [redacted] T 1 CK 8 ACCOUNT EXECUTIVE # BS9

A. ACCOUNT TYPE

☐Individual ☐JTWROS ☐Tenants in Common ☐Tenants by Entirety ☐Transfer on Death ☐IRA ☐IRA ROTH ☐IRA KEOUGH ☒SEP IRA ☐IRA Education ☐IRA Guardian ☐IRA Rollover ☐Escrow Individual ☐UGMA ☐UTMA ☐Other Specify: ______

CLASS CODE: BSSR
SUB CLASS CODE: ______
ACCOUNT SSN/TAX ID:

ACCOUNT WILL BE TRADING
☒Cash ☐Margin ☐Short ☐Futures*
(*Complete Futures Addendum)

B. ACCOUNT NAME (In Full)

TITLE FIRST NAME MIDDLE LAST NAME SUFFIX

Todd Goldman IRA/SEP
Bear Stearns Sec Corp Cust

# Beneficial Owners for Acct: 1

Country (& State) of Citizenship of Primary Account Holder: U.S

Home Phone: 727-559-9503 or 727-447-3553
Business Phone: 727-462-6205 727-251-3808

C. ACCOUNT MAILING ADDRESS

565 Bayview Drive
Belleaire, FL 33756

D. ALTERNATE ADDRESS
(Must be provided if Mailing Address is a PO Box)

☐Business ☐Residence ☐Vacation

E. ACCOUNT INFORMATION

INVESTMENT OBJECTIVE: growth Income

NET WORTH 2,000,000 ANNUAL INCOME: 1,000,000

INVESTMENT ADVISOR NAME & ADDRESS (If Applicable)

n/A

NAME & BUSINESS ADDRESS OF PERSON WITH TRADING AUTHORITY (If Applicable)

n/A

Title: ______

SELL INSTRUCTIONS: ☒07 Hold Proceeds ☐08 Send Proceeds Direct to Customer

DIVIDENDS: ☐Send Check ☒Hold ☐Income Acct. ☐Direct Dep.

NAME OF AE: Ronald Berman Phone: (212) 521-3883

AE TRADING AUTHORITY?: ☐Yes ☒No

AE Registered in Customer's State of Residence? ☒Yes ☐No

Is AE Related? ☐Yes ☒No State Relationship: acquaintance

Account Introduced to AE by: David Goldman

AE Known How Long?: 1 year

Trading Authorization will be: ☐Limited ☐Gen. Pwr. of Atty.

Initial Transaction: ☐Shares ☐Deposit AMOUNT: ______

Reason for Waive of Deposit: ______

Bank and other References: Iron Stone Bank Fort Myer

Have you sent forms to Customer?: ☒Yes ☐No

INVESTMENT EXPERIENCE: ☐None ☐Low ☒Med ☐High

Is this account a "Private Banking Account" as defined in Section 312 of the USA Patriot Act? ☐Yes ☒No (See definition on page 4)

I HAVE MADE THE FOLLOWING DISCLOSURE TO THIS CUSTOMER: ☒Yes ☐No

This Firm is committed to complying with U.S. statutory and regulatory requirements designed to combat money laundering and terrorist financing. The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open an account or effect any transactions for you.

New Acct Indiv v080304

EXHIBIT J
BROT & GROSS, LLP

ACCOUNT # ____________

F. CLIENT / BENEFICIAL OWNER / AUTHORIZED PARTIES

This information must be filled out for EACH individual. Please use a separate page for each individual.

For US Individual & Joint Accounts: No documentation required at account opening. A copy of a driver's license or other valid, government-issued picture ID may be requested for verification purposes upon review of the account.

For Non-US Individual & Joint Accounts: Please attach to this form a copy of a valid, government-issued picture ID evidencing nationality for each individual. The documentation must be presented prior to account opening.

For Trading Authority / Power of Attorney only questions 1, 1a, 10, 18 and 19 are required.

| | |
|---|---|
| 1. Name of Individual (First, Middle, Last Name): Todd Goldman | 1a. Type of Client/Beneficial Owner/Authorized Party (See page # 4 of Instructions): customer |
| 2. Has an Account for this individual been established since 10/01/03? ☐Yes ☐No If Yes, list Account Numbers: | |
| 3. Date of Birth: 6/29/68 | 5. SSN/Tax ID Number: (Required for US Citizens) |
| 4. Is the individual a US Citizen? ☒Yes ☐No If no, Country of Citizenship: | 5a. If SSN/Tax ID is not available, Passport No./Alien Reg. No./Other Valid Gov't-issued ID No.: 5b. Type of ID, if not Passport or Alien Reg. Card: |
| 6. Home Address: (If different from Account Address) | 7. Home Mailing Address: (If different from Account Address) |
| 8. Home Phone: (If different from Account Home Phone) | 9. Business Phone: (If different from Account Business Phone) |
| 10. Principal Business Address: 1230 S. Myrtle Avenue Suite 401 Clearwater, FL 33756-3457 | 11. Business Mailing Address: (If different from Principal Business) |
| 12. Employment Status: ☒Employed ☐Self-Employed ☐Unemployed Employer's Name: David+Goliath Member Firm? ☐Yes ☒No Occupation: President of Company | 13. Marital Status: ☒Single ☐Married 13a. If married, Spouse's Occupation: |
| 14. Estimated Net Worth: (US $) 2,000,000 | 16. Annual Income: (US $) 1,000,000 |
| 15. Sources of Wealth: ☒Employment ☐Inheritance ☐Investment ☐Other, Explain: | 17. Sources of Assets on Deposit: ☒Employment ☐Inheritance ☐Investment ☐Other, Explain: |

18. Is the individual currently or formerly a Foreign Political Figure, an Immediate Family Member or a Known Close Associate? (See Definition on Page 4)
☒ No.
☐ Yes. Please contact Compliance Officer and Anti-Money Laundering Group in the Legal Dept. before conducting trading activity.

19. Is any Citizenship, or Address associated with this account from a country included in the High Risk List on page 4?
☒ No.
☐ Yes. Please contact Compliance Officer and Anti-Money Laundering Group in the Legal Dept. before conducting trading activity.

ACCOUNT # ____________

G. INTERESTED PARTIES

I/P # 1 # CONFIRMS ____ #STATEMENTS ____

I/P # 2 # CONFIRMS ____ #STATEMENTS ____

I/P # 3 # CONFIRMS ____ #STATEMENTS ____

I/P # 4 # CONFIRMS ____ #STATEMENTS ____

DVP ACCOUNTS ONLY:

Sub Account Details:

Instructions Attached: ☐Yes ☐No

Sub-Account Name: ____________

Account Number: ____________

Group Number: ____________

Customer Short Name: ____________

ALERT DVP? ☐Yes ☐No If Yes, ALERT Acronym: ________

ACCESS Code: ________

Delivery Instructions:

Agent Bank Name: ____________

Agent Bank DTC Delivery Number: ____________

Agent ID Number: ____________

Internal Account Number: ____________

Account Name: ____________

Institutional ID Number: ____________

[illegible]

I certify that I have received and reviewed the requisite information and documentation for this account in accordance with Bear Stearns' anti-money laundering procedures and have conferred with the Registered Representative and the Branch Manager/Compliance Officer/Other Authorized Party concerning the results of such review.

Signature of New Accounts Coordinator: ____________ Date: 5/3/05

Signature of Registered Representative: ____________ Date: 5/2/05

Signature of Branch Mgr/Compliance Officer: ____________ Date: 5/3/05

Client Signature ____________

New Acct Indiv v080304




**CLIENT / BENEFICIAL OWNER / AUTHORIZED PARTIES**

**Customer:** The nominal owner of an account.

**Partner:** An owner or investor in a partnership. A general partner has the right to participate in the management of a partnership. A limited partner has little to no influence in the management of a partnership.

**Shareholder:** An owner or investor in a corporation.

**Member:** An owner or investor in a limited liability corporation.

**Settlor/Grantor:** The person who owns property conveyed to an estate, living will or trust.

**Trustee:** A person or entity that oversees and manages a trust.

**Custodian:** Under the Uniform Transfer (or Gift) to Minors Act, the person appointed to manage and disperse funds for a child.

**Guardian:** A person or entity named in a will, guardianship, or court order who is responsible for the care of minor children or incompetent adults.

**Executor:** The person or entity named in a will who has responsibility for carrying out the terms of the will.

**Conservator:** A person or entity appointed by a court to manage the property and financial affairs of another (usually incompetent) person.

**Receiver:** A person appointed by a court possessing jurisdiction to receive the rents and profits of land, or the profits or produce of other property in dispute.

**Investment Advisor:** A person who manages assets, making portfolio composition and individual security selection decisions.

**Officer:** A person with day-to-day responsibility for running a corporation, such as the chief executive, chief financial officer and treasurer.

**Principal:** A person who designates another to act as his/her attorney in fact or agent.

**Director:** A person appointed or elected according to law, authorized to manage and direct the affairs of a corporation or company. The whole of the directors collectively form the board of directors.

**General Partner:** A partner in a partnership whose liability is not limited. All partnerships must have at least one general partner. A general partner is usually also involved in the day-to-day management of the partnership. A limited partnership may also have limited partners who are basically investors and whose liability for partnership debts is limited.

**Trading Authority:** A person who is authorized to conduct trades and provide instructions for a customer's account.

**Power of Attorney:** An instrument by which one person authorizes another to act for him in a manner which is as legally binding upon the person giving such authority as if he personally were to do the acts.

**Foreign Political Figure:** A "Foreign Political Figure" is an official of a foreign government, an official of a major foreign political party or an executive of a foreign government-owned corporation. In addition, a Foreign Political Figure includes any corporation or other business formed by, or for the benefit of, a Foreign Political Figure. An "Immediate Family Member" of a Foreign Political Figure includes the person's parents, siblings, spouse, children and in-laws. A "Known Close Associate" of a Foreign Political Figure is a person who is widely and publicly known (or who is actually known by Bear Stearns or the introducing broker-dealer) to maintain a close personal or professional relationship with a Foreign Political Figure.

**Private Banking Account:** A "Private Banking Account" is an account (or any combination of accounts) that requires minimum aggregate deposits of at least $1 million, that is established for one or more individuals, and that is assigned to or administered or managed by, in whole or in part, an officer, employee, or agent of a financial institution and the direct or beneficial owner of the account.

**HIGH RISK COUNTRY & JURISDICTION LIST**

Afghanistan
Angola
Bosnia & Herzegovina
Burma (Myanmar)
Cook Islands
Cuba
Egypt
Guatemala
Indonesia
Iran
Iraq
Liberia
Libya
Nauru
Nigeria
North Korea
Philippines
Serbia & Montenegro
St. Vincent & The Grenadines
Sudan
Syria
Ukraine
Yugoslavia FR

15-Mar-13 13:46:48 127
03/15/2013 09:31 p TO:+1 (212) 5213888 FROM:7274626911 Page: 2
03/10/2013 09:26 7274626911 DAVID AND GOLIATH PAGE 02/02

MAR-15-2013 11:44 AXIOM CAPITAL 2125213888 P.002

399

# Certificate of Limited Trading Authorization

Account Number(s)

- Complete all sections, sign and return.

Account Title: TODD GOLDMAN

The undersigned hereby authorizes DAVID GOLDMAN

(Print Name(s) of Agent(s) and Attorney(s)-in-Fact)

as the undersigned's agent(s) (and attorney(s)-in-fact (the "Agent") with full power and authority on the undersigned's behalf to buy (including on a forward or when-issued basis, or on margin and securities lending), sell (including short, when-issued and forward sales), borrow, lend and trade in stocks, bonds, options (including uncovered option writing), and any other securities and commodities, and contracts relating to the same (including foreign futures, foreign options contracts, over-the-counter foreign currency, spot, forward and foreign currency option contracts), on margin and securities lending or otherwise, and to enter into repurchase and reverse repurchase transactions in accordance with your terms and conditions for the undersigned's account(s) and risk, and in the undersigned's name or number at J.P. Morgan Securities LLC, J.P. Morgan Clearing Corp., J.P. Morgan Securities plc and/or any of their now or hereafter existing affiliated entities (collectively, "JP Morgan"). If more than one Agent is designated, the undersigned authorizes each Agent to act severally; that is, each Agent alone shall be able to exercise the powers conferred hereby.

The Agent is authorized to act for the undersigned and on the undersigned's behalf, in the same manner and with the same force and effect as the undersigned, with respect to such purchases, sales or transactions in the account(s). In all transactions, JP Morgan is authorized to follow the instructions of the Agent in every respect concerning the undersigned's account(s).

If the Agent is an investment advisor, the undersigned acknowledges and agrees that the Agent is solely responsible for making or recommending investments. JP Morgan did not select, endorse or recommend the Agent and makes no determination as to the suitability of the investments recommended or entered into by such Agent on the undersigned's behalf.

The undersigned hereby agrees to indemnify and hold JP Morgan, their successors, affiliates, assigns, officers, directors, agents and employees (the "Indemnified Parties") harmless from, and to pay the Indemnified Parties promptly on demand, any and all losses, liabilities, damages, claims, costs or expenses (including attorneys' fees and expenses) incurred by the Indemnified Parties in connection with their reliance on this Certificate and other obligations of the undersigned set forth in this Certificate. This Certificate and indemnity are in addition to (and in no way limit or restrict) any rights which any of the Indemnified Parties may have under any other agreement(s) between the undersigned and any of the Indemnified Parties or under any federal or state statutes, laws, rules or regulations. This indemnity shall survive termination of this Certificate with respect to transactions entered into during the term of this Certificate.

This Certificate and indemnity is continuing and shall not be affected by the subsequent disability or incompetence of the undersigned and shall remain in force and effect until the close of business on the second business day after JP Morgan receives written notice of its modification or revocation at Client Services NY1-H081, Three Metrotech Center, Brooklyn, NY 11245-0001, ATTN: Chief Legal Officer or until the close of business on the second business day after JP Morgan receives actual notice of the death, dissolution, or insolvency of the undersigned (or if two customers sign, the death, dissolution, or insolvency of either one), and shall inure to the benefit of the JP Morgan entities, their affiliates or any successor firm or firms, and their successors and assigns.

Because JP Morgan is acting as clearing agent for a broker-dealer, and/or futures Introducing Broker and/or Futures Commission Merchant (hereinafter referred to as "IB" and "FCM", respectively) and any entity introducing or otherwise acting as a broker or dealer in respect of foreign currency or spot forward or options contracts ("FX Entity"), this Certificate and indemnity shall inure to the benefit of the undersigned's broker-dealer, IB, FCM and/or FX Entity, their successors and assigns and all references herein to the JP Morgan shall be deemed references to JP Morgan and the undersigned's broker-dealer, IB, FCM and/or FX Entity. The foregoing notwithstanding, the undersigned acknowledges and agrees that if the Agent designated herein is an employee or agent of the undersigned's broker-dealer, IB, FCM and/or FX Entity, such Agent is neither an agent of nor under the control of JP Morgan and JP Morgan shall bear no liability for any transactions effected pursuant to the authority granted herein. The terms of this authorization shall be governed by the laws of the State of New York.

Dated 3/11, 20 13

(Insert date)

X [signature]

Account Holder Signature

TODD GOLDMAN

(Typed or Printed Name) (Title, if applicable)

X

Additional Account Holder Signature

(Typed or Printed Name) (Title, if applicable)

All Account Holders must sign.

Agent(s) must complete the following:

1. Affiliations: Is the Agent a person affiliated with, or employed by, a broker-dealer, a securities exchange, FINRA, or the MSRB? ☑ No ○ Yes

If Yes: 1. Provide Member Firm Name (Name of firm) (Firm Mailing Address)

2. Is the affiliated entity a NYSE member firm? ☑ No ○ Yes (If "Yes", a letter of approval from your firm is required.)

2. Agent's Acceptance X [signature] 251 Indian Rocks Rd Bellaire FL 33756

Signature — Agent's Mailing Address

DAVID GOLDMAN

(Typed or Printed Name) (Title, if applicable)

FOR FUTURES CLIENTS ONLY: I hereby acknowledge that (Please check appropriate boxes)

☐ I have received a copy of the disclosure document of the party named above prepared pursuant to CFTC Regulation 4.31.

☐ The agent named above has not furnished me with a disclosure document prepared pursuant to Regulation 4.31 because said party has advised that he/she is not registered with the CFTC as a Commodity Trading Advisor and is not required to be so registered.

☐ I am aware of the rules applicable to over-the-counter foreign currency, forward and option transactions. I am an "Eligible Swap Participant" as defined in CFTC Regulation 3

For JP Morgan Use Only (v.4, 7/2012) Form # 2227

Doc 119

TOTAL P.002

MAR-15-2013 13:43 97% P.002

# EXHIBIT "F"

BEGIN FORM - Terms and Conditions Effective Friday, August 14, 2015 at 11:50:11

| For Internal Use Only | |
|---|---|
| **Account Number:** | _9818 |
| **Type:** | Individual |
| **Registration:** | Cash |
| **Date Promoted:** | 11/07/2013 09:22 |
| **Principal Approving:** | JUDY RICKETTS |
| **Branch ID:** | LAX 92467 |
| **Referrer:** | direct |
| **Ad Code:** | WEB |
| **Offer Code:** | 206 |

**Mailing Address**

| | |
|---|---|
| Standard Delivery: | PO Box 2760, Omaha, NE 68103-2760 |
| Overnight: | 200 S. 108th Ave, Omaha, NE 68154-2631 |
| Fax: | 866-468-6268 |

**New Account Information**

| | |
|---|---|
| Type: | Individual |
| Registration: | Cash |
| Receive Corp. Communications: | Yes |
| E-mail Address: | TODD@DAVIDANDGOLIATHTEES.COM |
| Account Statement: | Monthly Electronic |
| Trade Confirmation: | Electronic |
| Sweep Vehicle: | IDA (FDIC) Product |

**Account Owner**

| | |
|---|---|
| Name: | TODD GOLDMAN |
| Mailing Address: | 1419 S MARTIN LUTHER KING JR AVE<br>CLEARWATER, FL 33756-3446<br>UNITED STATES OF AMERICA |
| Street Address: | 3856 DIXIE CANYON AVE<br>SHERMAN OAKS, CA 91423-4828<br>UNITED STATES OF AMERICA |
| Marital Status: | Married |
| Home Phone: | (727) 4626205 ext:114 |
| Social Security Number: | 7344 |
| Date of Birth: | 06/29/1968 |
| Mother's Maiden Name: | FRANK |
| Citizenship: | US Citizen |
| Employment Status: | Employed |
| Occupation: | OFFICER |
| Employer: | DAVID & GOLIATH INC |
| Source of Income: | |
| Employment Address: | 1419 S MARTIN LUTHER KING JR AVE<br>CLEARWATER, FL 33756<br>UNITED STATES OF AMERICA |
| Corporate Affiliation: | No |
| NASD Affiliation: | No |

**Financial Questionnaire**

| | |
|---|---|
| Income: | $250,000+ |

EXHIBIT K
BROT & GROSS, LLP

Networth: $1,000,000 - 1,999,999
Liquid Networth: $500,000 - 999,999
Number of Dependents: 1

**Investment Experience**
Available Option Funds:
Years of Experience:
Number of Transactions:
Average Transaction Size:
Investment Knowledge:
Types of Transactions:

**Option Agreement**
Options Investment Objectives:
Option Activities:

**Account Suitability**
Risk Tolerance:
Primary Investment Objective:
Secondary Investment Objectives:
Liquidity Needs:
Investment Time Horizon:

**CASH AGREEMENT**

I have received and read the Client Agreement, which is incorporated by this reference, that will govern my account.

I agree to be bound by this Client Agreement, as amended from time to time, and request an account to be opened in the name(s) set forth below. **The Client Agreement applicable to this brokerage account agreement contains predispute arbitration clauses. By signing this agreement, the parties agree to be bound by the terms of the agreement, including the arbitration agreement located in Section 12 of the Client Agreement, on pages 7 and 8.** All securities, dividends and proceeds will be held at TD Ameritrade Clearing, Inc., unless otherwise instructed. I understand that TD Ameritrade may obtain a current consumer or credit report to determine my eligibility, or continuing eligibility, for credit or for other legitimate business purposes. Any decision by TD Ameritrade to extend credit may be based on information contained in a consumer or credit report, as well as the policies of TD Ameritrade and TD Ameritrade Clearing, Inc. I understand that TD Ameritrade may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit reporting agencies. Upon my request, TD Ameritrade shall inform me of each consumer or credit reporting agency from which they have obtained and/or reported my consumer or credit report. TD Ameritrade agrees to notify the consumer or credit reporting agencies if I dispute the completeness or accuracy of the information furnished by TD Ameritrade. By my signature below, I authorize TD Ameritrade to obtain consumer or credit reports for the name(s) set forth below.

I understand that non-deposit investments purchased through TD Ameritrade are not insured by the FDIC, are not obligations of or guaranteed by any financial institution, and are subject to investment risk and loss that may exceed the principal invested.

**Important information about procedures for opening a new account:**

**To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.**

**What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.**

**If this is a Joint account, all Account Owners must sign.**

**Under penalties of perjury, I certify that: (1) the number shown on this form is my correct taxpayer identification number, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or**


**dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person, and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.**

**If I have been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding because I have failed to report all interest and dividends on my tax return, I must cross out (2) in this certification.**

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

________ Date

X________________
TODD GOLDMAN
Account Number: 0818

**For Introducing Broker use only**

________________ R.R. - Gen. Prin.

________ Date

**For internal use only**
New Accounts Opened By (initial & date):

________________

Account Number: 865-190818

**END FORM - Terms and Conditions Effective Friday, August 14, 2015 at 11:50:11**

# EXHIBIT "G"

To: 16234443000 From: Cheryl Gali 12-29-14 10:42am p. 6 of 10

View Application

Page 1 of 3

APPLICATION #4560810
Started On: 12/17/2014 2:56 AM PST | Last Updated On: 12/17/2014 2:58 AM PST | Status: Cancelled

APPLICANTS

| Name(s) | Gender | Date of Birth | Email Address | Phone | Income |
|---|---|---|---|---|---|
| Todd Goldman | Male | 06/29/1968 | toddhamsgoldman@gmail.com | (727) 251-3604 | 20000.00 |

APPLICANT PREFERENCES

| | | | |
|---|---|---|---|
| Property | NMS@La Cienega | Lease Length | 12 month(s) |
| Applied Rent | 3585.00 | Move-in Date | 11/15/2014 |
| Floor Plan | 1b1b-a | Desired Min. Rent | 3295.00 |
| Building | - | Desired Max. Rent | 3295.00 |
| Unit | 301 | Bedroom(s) | 1 |
| How Did You Hear About Us | Another NMS Property | Bathroom(s) | |

OPTIONS & FEES

Pets

How many pets do you have? 1

Pet 1

| | | | |
|---|---|---|---|
| Type | Dog | Name | pickleberry |
| Color | brown | Weight | 25 Lbs |
| Age | 1 Yrs | | |

APPLICANT NAME: Todd Goldman STATUS : Cancelled

Basic Information

| | | | |
|---|---|---|---|
| Applicant Name | Todd Goldman | Email | toddhamsgoldman@gmail.com |
| Applicant Type | Primary | Primary Number | (727) 251-3605 (Home) |
| SSN | ****7344 | Secondary Number | |
| | [ ] Check if you do not have a SSN | ID Type | Drivers License |
| Birth Date | 06/29/1968 | ID Number | |
| Gender | Male | Expiration Date | 06/29/2021 |
| | | License State/Province | FL |

Address Information

| | Current Address | Previous Address |
|---|---|---|
| Address | 4572 Brewster Dr | |
| City | Tarzana | |
| State/Province | CA | |
| Zip/Postal Code | 91356 | |
| Residence Type | | |
| Reason For Leaving | | |
| Move-In Date | | |
| Move-out Date | | |
| Monthly Payment($) | 0.00 | 0.00 |

https://nms.propertysolutions.com/?module=application_applicantsxxx&action=print_app... 12/24/2014

EXHIBIT L
BROT & GROSS, LLP

View Application

| | | | |
|---|---|---|---|
| Payment Recipient | | | |
| Owned/Rented | Rented | | Rented |
| Community Name | | | |
| Manager Name | | | |
| Phone Number | | | |
| Email Address | | | |

## Vehicle Information

**Vehicle 1**

| | | | |
|---|---|---|---|
| Vehicle Make | jeep | Vehicle Model | mosb |
| Vehicle Year | 2013 | Vehicle Color | black |
| Plate Number | | State/Province | |

## Financial Information

### Incomes

| | | | |
|---|---|---|---|
| Income Type | Current Employer | Monthly Salary($) | 20000.00 |
| Employer Name | David & Goliath | | |

## Contacts

| | |
|---|---|
| | Emergency Contact |
| Name | Andy Goldman |
| Relation | Brother |
| Age | |
| Phone | 7273513604 |
| Address | |
| City | |
| State/Province | |
| Zip/Postal Code | |
| Email Address | |

## General Questions

| | |
|---|---|
| Have you ever defaulted on a lease? | No |
| Have you ever been evicted? | No |
| Charged with or convicted of a felony or a misdemeanor crime against a person that was resolved by conviction, probation, deferred adjudication, court-ordered community supervision or pre-trial diversion? | No |
| Have you ever filed for bankruptcy protection? | No |
| Do you Smoke? | No |

## Application

Additional Information

Additional Previous Residence
Street:
City:
State/Province:

Zip/Postal Code:

Applicant(s) hereby represent that all the above statements are true and correct and are made to induce Management to lease or rent an apartment and Applicant(s) hereby authorizes verification of all information above by all available means. I (we) agree that I (we) have no right to occupy the apartment until the application is approved and a Rental Agreement is entered into. Any false statements made above shall be sufficient cause for Management to cancel and terminate any agreement made with Applicant(s). Management reserves the right to reject Applicants rental application any time prior to execution and delivery of the Rental Agreement. In the event of rejection, any sums deposited, less application fees will be refunded to Applicants within 30 days. If Applicant(s) withdraws application prior to execution of Rental Agreement, the deposit/fee will be forfeited unless written cancellation is received within 72 hours from the date and time indicated below. If Management, for any reason, cannot deliver possession of the premises to Applicant(s) at the commencement of the term, only the deposit/fees, less application fee, paid to Management shall be refunded to applicant(s) within 30 days.

Signing indicates you have read and agree to the above.
Type your name in the box below to indicate that you agree to the terms of this application.
Typing your name in the box below will make this agreement legally binding.

Full Name (John Smith): todd goldman

Digital Signature

************************ Full Name todd goldman

# EXHIBIT "H"

Exhbits A-H Page 31 of 48

FL-150

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
ALI L. FISHBEIN SBN 280178
BUTER, BUZARD, FISHBEIN & ROYCE LLP
11611 San Vicente Boulevard, Suite 820
Los Angeles, CA 90049-6508
TELEPHONE NO.: 310-820-6700 310-207-4612
E-MAIL ADDRESS (Optional): afishbein@bbfrlaw.com
ATTORNEY FOR (Name): Respondent, Todd Goldman

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PETITIONER/PLAINTIFF: NICOLE GOLDMAN
RESPONDENT/DEFENDANT: TODD GOLDMAN
OTHER PARENT/CLAIMANT:

INCOME AND EXPENSE DECLARATION

CASE NUMBER: BD 610524

1. **Employment** *(Give information on your current job or, if you're unemployed, your most recent job.)*

Attach copies of your pay stubs for last two months (black out social security numbers).

a. Employer: David & Goliath, Inc.
b. Employer's address: 1419 MLK Avenue, Clearwater, FL 33756
c. Employer's phone number: 727-462-6205
d. Occupation: Artist
e. Date job started: January 2000
f. If unemployed, date job ended: June 2014
g. I work about 0 hours per week.
h. I get paid $ 0 gross (before taxes) ☐ per month ☐ per week ☐ per hour.

**(If you have more than one job, attach an 8 1/2-by-11-inch sheet of paper and list the same information as above for your other jobs. Write "Question 1 - Other Jobs" at the top.)**

2. **Age and education**
   a. My age is *(specify)*: 46
   b. I have completed high school or the equivalent: ☒ Yes ☐ No If no, highest grade completed *(specify)*:
   c. Number of years of college completed *(specify)*: 4 ☒ Degree(s) obtained *(specify)*: BA
   d. Number of years of graduate school completed *(specify)*: 2 ☒ Degree(s) obtained *(specify)*: MA
   e. I have: ☒ professional/occupational license(s) *(specify)*: CPA
      ☐ vocational training *(specify)*:
3. **Tax information**
   a. ☒ I last filed taxes for tax year *(specify year)*: 2013
   b. My tax filing status is ☐ single ☐ head of household ☐ married, filing separately
      ☒ married, filing jointly with *(specify name)*: Nicole Goldman
   c. I file state tax returns in ☒ California ☒ other *(specify state)*: FL
   d. I claim the following number of exemptions (including myself) on my taxes *(specify)*: 3
4. **Other party's income.** I estimate the gross monthly income (before taxes) of the other party in this case at *(specify)*: $ 3,000
   This estimate is based on *(explain)*: Representations by Petitioner on her income and expense declaration

**(If you need more space to answer any questions on this form, attach an 8 1/2-by-11-inch sheet of paper and write the question number before your answer.)** Number of pages attached: ______

I declare under penalty of perjury under the laws of the State of California that the information contained on all pages of this form and any attachments is true and correct.

Date: May __, 2015

Calendared
Date: [handwritten]
Initial: [handwritten]

**SEE FACSIMILE SIGNATURE ON ATTACHED PAGE**

Todd Goldman
(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

Page 1 of 4

Form Adopted for Mandatory Use
Judicial Council of California
FL-150 [Rev. January 1, 2007]

INCOME AND EXPENSE DECLARATION

Family Code, §§ 2030-2032, 2100-2113, 3552, 3620-3634, 4050-4076, 4300-4339
www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™

GOLDMAN, TODD

FL-150

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
ALI L. FISHBEIN SBN 280178
BUTER, BUZARD, FISHBEIN & ROYCE LLP
11611 San Vicente Boulevard, Suite 820
Los Angeles, CA 90049-6508
TELEPHONE NO.: 310-820-6700 310-207-4612
E-MAIL ADDRESS (Optional): afishbein@bbfrlaw.com
ATTORNEY FOR (Name): Respondent, Todd Goldman

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PETITIONER/PLAINTIFF: NICOLE GOLDMAN
RESPONDENT/DEFENDANT: TODD GOLDMAN
OTHER PARENT/CLAIMANT:

**INCOME AND EXPENSE DECLARATION**

CASE NUMBER: BD 610524

1. **Employment** *(Give information on your current job or, if you're unemployed, your most recent job.)*

Attach copies of your pay stubs for last two months (black out social security numbers).

a. Employer: David & Goliath, Inc.
b. Employer's address: 1419 MLK Avenue, Clearwater, FL 33756
c. Employer's phone number: 727-462-6205
d. Occupation: Artist
e. Date job started: January 2000
f. If unemployed, date job ended: June 2014
g. I work about 0 hours per week.
h. I get paid $ 0 gross (before taxes) ☐ per month ☐ per week ☐ per hour.

**(If you have more than one job, attach an 8 1/2-by-11-inch sheet of paper and list the same information as above for your other jobs. Write "Question 1 - Other Jobs" at the top.)**

2. **Age and education**
   a. My age is *(specify)*: 46
   b. I have completed high school or the equivalent: ☒ Yes ☐ No If no, highest grade completed *(specify)*:
   c. Number of years of college completed *(specify)*: 4 ☒ Degree(s) obtained *(specify)*: BA
   d. Number of years of graduate school completed *(specify)*: 2 ☒ Degree(s) obtained *(specify)*: MA
   e. I have: ☒ professional/occupational license(s) *(specify)*: CPA
      ☐ vocational training *(specify)*:
3. **Tax information**
   a. ☒ I last filed taxes for tax year *(specify year)*: 2013
   b. My tax filing status is ☐ single ☐ head of household ☐ married, filing separately
      ☒ married, filing jointly with *(specify name)*: Nicole Goldman
   c. I file state tax returns in ☒ California ☒ other *(specify state)*: FL
   d. I claim the following number of exemptions (including myself) on my taxes *(specify)*: 3
4. **Other party's income.** I estimate the gross monthly income (before taxes) of the other party in this case at *(specify)*: $ 3,000
   This estimate is based on *(explain)*: Representations by Petitioner on her income and expense declaration

**(If you need more space to answer any questions on this form, attach an 8 1/2-by-11-inch sheet of paper and write the question number before your answer.)** Number of pages attached: ______

I declare under penalty of perjury under the laws of the State of California that the information contained on all pages of this form and any attachments is true and correct.

Date: May 27, 2015

Todd Goldman
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF DECLARANT)

FL-150

| PETITIONER/PLAINTIFF: NICOLE GOLDMAN<br>RESPONDENT/DEFENDANT: TODD GOLDMAN<br>OTHER PARENT/CLAIMANT: | CASE NUMBER:<br>BD 610524 |
|---|---|

**Attach copies of your pay stubs for the last two months and proof of any other income. Take a copy of your latest federal tax return to the court hearing.** ***(Black out your social security number on the pay stub and tax return.)***

5. **Income** *(For average monthly, add up all the income you received in each category in the last 12 months and divide the total by 12.)*

| | Last month | Average monthly |
|---|---|---|
| a. Salary or wages (gross, before taxes) | $ 0 | 0 |
| b. Overtime (gross, before taxes) | $ 0 | 0 |
| c. Commissions or bonuses | $ 0 | 0 |
| d. Public assistance (for example: TANF, SSI, GA/GR) ☐ currently receiving | $ 0 | 0 |
| e. Spousal support ☐ from this marriage ☐ from a different marriage | $ 0 | 0 |
| f. Partner support ☐ from this domestic partnership ☐ from a different domestic partnership | $ 0 | 0 |
| g. Pension/retirement fund payments | $ 0 | 0 |
| h. Social security retirement (not SSI) | $ 0 | 0 |
| i. Disability: ☐ Social security (not SSI) ☐ State disability (SDI) ☐ Private insurance. | $ 0 | 0 |
| j. Unemployment compensation | $ 0 | 0 |
| k. Workers' compensation | $ 0 | 0 |
| l. Other (military BAQ, royalty payments, etc.) *(specify)*: Breakdown demonstrated on P&L attached | $ 4,763 | 8,428 |

6. **Investment income** *(Attach a schedule showing gross receipts less cash expenses for each piece of property.)*

| | Last month | Average monthly |
|---|---|---|
| a. Dividends/interest | $ 0 | 3,333 |
| b. Rental property income | $ 0 | <2050> |
| c. Trust income | $ 0 | 0 |
| d. Other *(specify)*: | $ 0 | 0 |

7. **Income from self-employment, after business expenses for all businesses** $ 0 0

I am the ☐ owner/sole proprietor ☐ business partner ☐ other *(specify)*:

Number of years in this business *(specify)*:

Name of business *(specify)*: **See attached P & L**

Type of business *(specify)*:

**Attach a profit and loss statement for the last two years or a Schedule C from your last federal tax return. Black out your social security number. If you have more than one business, provide the information above for each of your businesses.**

8. ☐ **Additional income.** I received one-time money (lottery winnings, inheritance, etc.) in the last 12 months *(specify source and amount)*:

9. ☒ **Change in income.** My financial situation has changed significantly over the last 12 months because *(specify)*:
I stopped receiving salary from David & Goliath in June 2014

10. **Deductions**

| | Last month |
|---|---|
| a. Required union dues | $ 0 |
| b. Required retirement payments (not social security, FICA, 401(k), or IRA) | $ 0 |
| c. Medical, hospital, dental, and other health insurance premiums *(total monthly amount)* | $ 1,056 |
| d. Child support that I pay for children from other relationships | $ 0 |
| e. Spousal support that I pay by court order from a different marriage | $ 0 |
| f. Partner support that I pay by court order from a different domestic partnership | $ 0 |
| g. Necessary job-related expenses not reimbursed by my employer *(attach explanation labeled "Question 10g")* book and art related expenses | $ 9,575 |

11. **Assets**

| | Total |
|---|---|
| a. Cash and checking accounts, savings, credit union, money market, and other deposit accounts | $ 11,250 |
| b. Stocks, bonds, and other assets I could easily sell | $ 0 |
| c. All other property, ☒ real and ☒ personal *(estimate fair market value minus the debts you owe)* | $ 700,000 |

FL-150

| | |
|---|---|
| PETITIONER/PLAINTIFF: NICOLE GOLDMAN<br>RESPONDENT/DEFENDANT: TODD GOLDMAN<br>OTHER PARENT/CLAIMANT: | CASE NUMBER:<br>BD 610524 |

12. **The following people live with me:**

| Name | Age | How the person is related to me? (ex: son) | That person's gross monthly income | Pays some of the household expenses? |
|---|---|---|---|---|
| a. | | | | ☐ Yes ☐ No |
| b. | | | | ☐ Yes ☐ No |
| c. | | | | ☐ Yes ☐ No |
| d. | | | | ☐ Yes ☐ No |
| e. | | | | ☐ Yes ☐ No |

13. Average monthly expenses ☒ Estimated expenses ☒ Actual expenses ☐ Proposed needs

a. Home: SEE ATT 13 FOR BREAKDOWN
   (1) ☒ Rent or ☒ mortgage ........ $ 6,500
   If mortgage:
   (a) average principal: $ 800
   (b) average interest: $ 980
   (2) Real property taxes ........ $ 1,750
   (3) Homeowner's or renter's insurance (if not included above) ........ $ incl. in 13a
   (4) Maintenance and repair ........ $ 1,575

b. Health-care costs not paid by insurance ........ $ 900
   includes weekly therapy

c. Child care ........ $ 0

d. Groceries and household supplies ........ $ 500

e. Eating out ........ $ 500

f. Utilities (gas, electric, water, trash) ........ $ 2,010

g. Telephone, cell phone, and e-mail ........ $ 800

h. Laundry and cleaning ........ $ 100

i. Clothes ........ $ 300

j. Education Preschool tuition ........ $ 700

k. Entertainment, gifts, and vacation ........ $ 100

l. Auto expenses and transportation (insurance, gas, repairs, bus, etc.) ........ $ 1,237

m. Insurance (life, accident, etc.; do not include auto, home, or health insurance) $ 0

n. Savings and investments ........ $ 0

o. Charitable contributions ........ $ 0

p. Monthly payments listed in item 14 *(itemize below in 14 and insert total here)* $ 5,656

q. Other *(specify)*: Professional Monitoring - Visitation ........ $ 2,400

r. **TOTAL EXPENSES** (a-q) *(do not add in the amounts in a(1)(a) and (b))* $ 25,028

s. **Amount of expenses paid by others** $ 0

14. **Installment payments and debts not listed above**

| Paid to | For | Amount | Balance | Date of last payment |
|---|---|---|---|---|
| Nicole Goldman | Support | $ 4,000 | $ n/a | 5/2015 |
| Blue Cross | Health Insurance | $ 1,056 | $ n/a | 5/2015 |
| Chase Bank | Nicole Auto Payment | $ 600 | $ n/a | 5/2015 |
| | | $ | $ | |
| | | $ | $ | |
| | | $ | $ | |

15. **Attorney fees** *(This is required if either party is requesting attorney fees.)*:

a. To date, I have paid my attorney this amount for fees and costs *(specify)*: $ 34,511

b. The source of this money was *(specify)*: Savings and credit cards

c. I still owe the following fees and costs to my attorney *(specify total owed)*: $ 3,565

d. My attorney's hourly rate is *(specify)*: $ AF = $350 GF = $625

$12,500 paid to Alexandra Lavinsky; $0 owed.

$10,000 paid to Petitioner's attorney, Michael Maguire.

I confirm this fee arrangement.

Date: May 28, 2015

ALI L. FISHBEIN SBN 280178
(TYPE OR PRINT NAME OF ATTORNEY)

▶ [signature]
(SIGNATURE OF ATTORNEY)

FL-150

| PETITIONER/PLAINTIFF: NICOLE GOLDMAN<br>RESPONDENT/DEFENDANT: TODD GOLDMAN<br>OTHER PARENT/CLAIMANT: | CASE NUMBER:<br>BD 610524 |
|---|---|

**CHILD SUPPORT INFORMATION**

**(NOTE: Fill out this page only if your case involves child support.)**

16. **Number of children**
 a. I have *(specify number)*: 1 children under the age of 18 with the other parent in this case.
 b. The children spend percent of their time with me and percent of their time with the other parent.
 *(If you're not sure about percentage or it has not been agreed on, please describe your parenting schedule here.)*
 A Temporary Restraining Order is currently in place which prohibits me from seeing Elle. I am seeking to have it vacated on April 6, 2014, at which time I will seek additional custodial time.

17. **Children's health-care expenses**
 a. ☐ I do ☒ I do not have health insurance available to me for the children through my job.
 b. Name of insurance company:
 c. Address of insurance company:
 d. The monthly cost for the children's health insurance is or would be *(specify)*: $ 352
 *(Do not include the amount your employer pays.)*

18. **Additional expenses for the children in this case**

| | Amount per month |
|---|---|
| a. Child care so I can work or get job training | $ 500 |
| b. Children's health care not covered by insurance | $ 100 |
| c. Travel expenses for visitation | $ 0 |
| d. Children's educational or other special needs *(specify below)*: preschool tuition | $ 700 |

19. **Special hardships.** I ask the court to consider the following special financial circumstances *(attach documentation of any item listed here, including court orders)*:

| | Amount per month | For how many months? |
|---|---|---|
| a. Extraordinary health expenses not included in 18b | $ | |
| b. Major losses not covered by insurance (examples: fire, theft, other insured loss) | $ | |
| c. (1) Expenses for my minor children who are from other relationships and are living with me | $ | |

 (2) Names and ages of those children *(specify)*:

 (3) Child support I receive for those children $

 The expenses listed in a, b and c create an extreme financial hardship because *(explain)*:

20. **Other information I want the court to know concerning support in my case** *(specify)*:

# TODD GOLDMAN P/L F

## JUNE 2014-JUNE 2015

## INCOME

| | | |
|---|---|---|
| Jun-14 | PALMETTO RENT | $2,000.00 |
| Jun-14 | Q ART | $1,824.00 |
| Jun-14 | COMEDY CENTRAL LOSERVILLE | $7,520.04 |
| Jun-14 | D&G PAYROLL | $4,250.93 |
| Jun-14 | BOOK SUPERFLY | $4,250.00 |
| Jun-14 | Q ART | $2,372.97 |
| Jul-14 | ASPEN ART | $1,250.00 |
| Jul-14 | PALMETTO RENT | $2,000.00 |
| Jul-14 | Q ART | $1,896.89 |
| Aug-14 | PALMETTO RENT | $2,000.00 |
| Aug-14 | DKE TOYS | $630.50 |
| Aug-14 | NIKI MODEL | $3,962.15 |
| Sep-14 | PALMETTO RENT | $2,000.00 |
| Sep-14 | Q ART | $941.99 |
| Oct-14 | AMAZON BEAR | $11,250.00 |
| Oct-14 | CONSIGNMENT | $1,803.00 |
| Oct-14 | Q ART | $1,600.00 |
| Oct-14 | AMAZON BEAR | $16,250.00 |
| Oct-14 | BOOK RAWR | $8,024.32 |
| Oct-14 | DKE TOYS | $137.00 |
| Nov-14 | Q ART | $1,204.02 |
| Jan-14 | Q ART | $1,175.82 |
| Feb-14 | DKE TOYS | $150.00 |
| Feb-14 | AMAZON BEAR | $3,750.00 |
| Mar-14 | Q ART | $1,183.21 |
| Mar-14 | Q ART | $4,411.87 |
| Apr-14 | BOOK RAWR | $3,044.85 |

| | |
|---|---|
| May-15 Q ART | $1,754.30 |
| May-15 BOOK SUPERFLY | $8,500.00 |
| TOTAL | $101,137.86 |

# EXPENSE

| | |
|---|---|
| Jun-14 [redacted] NANNY | $110.00 |
| Jun-14 DOG BOARDER | $165.00 |
| Jun-14 TODD JEEP | $787.45 |
| Jun-14 NIKI ROVER | $1,041.89 |
| Jun-14 [redacted] DR VISIT | $149.04 |
| Jun-14 RENT SHERMAN OAKS | $3,739.10 |
| Jun-14 NATHAN ART ASST | $1,182.00 |
| Jun-14 TOWN BELLEAIR WATER | $207.21 |
| Jun-14 POP TIGHTY WHITEY | $5,000.00 |
| Jun-14 CITY CLEARWATER GAS | $10.55 |
| Jun-14 DUKE ENERGY | $278.16 |
| Jun-14 LA POWER WATER | $779.64 |
| Jun-14 MOYER LAWN | $190.00 |
| Jun-14 CENLAR BAYVIEW | $8,025.22 |
| Jun-14 POP TIGHTY WHITEY | $20,000.00 |
| Jun-14 LIFE INSURANCE | $356.13 |
| Jun-14 [redacted] NANNY | $80.00 |
| Jun-14 ANTHONY BOOK ASST | $1,000.00 |
| Jun-15 AMERICAN EXPRESS | $14,217.08 |

| | |
|---|---|
| Jun-14 [redacted] NANNY | $180.00 |
| Jun-14 LOCKSMITH | $415.13 |
| Jun-14 CHASE VISA NIKI | $1,489.60 |
| Jun-14 AUTO TAG | $101.15 |
| Jun-14 BLUE CROSS | $989.77 |
| Jun-14 GAS CO. | $35.27 |
| Jun-14 DMV JEEP | $385.00 |
| Jun-14 CENLAR BAYVIEW | $8,025.22 |
| Jun-14 JOE WEINER LEGAL CC | $550.00 |
| Jun-14 POP TIGHTY WHITEY | $5,000.00 |
| Jun-14 ANTHONY BOOK ASST | $1,000.00 |
| Jul-14 [redacted] SCHOOL | $561.75 |
| Jul-14 GARDENER TARZANA | $60.00 |
| Jul-14 TARZANA REPAIR | $389.54 |
| Jul-14 JASMIN GIFT CARDS | $1,500.00 |
| Jul-14 ATT | $73.69 |
| Jul-14 MOYER LAWN | $190.00 |
| Jul-14 NIKI ROVER | $1,041.89 |
| Jul-14 TOWN BELLEAIR WATER | $145.20 |
| Jul-14 TODD JEEP | $787.45 |
| Jul-14 RENT SHERMAN OAKS | $1,950.00 |
| Jul-14 VASQUEZ MOVERS | $1,530.00 |
| Jul-14 LIFE INSURANCE | $356.13 |
| Jul-14 LUIS PAINTER TARZANA | $1,500.00 |
| Jul-14 GAS | $69.20 |
| Jul-14 ANTHONY BOOK ASST | $1,000.00 |
| Jul-14 LUIS PAINTER TARZANA | $1,000.00 |
| Jul-14 [redacted] SCHOOL | $682.00 |
| Jul-14 AMERICAN EXPRESS | $13,708.72 |
| Jul-14 CITY CLEARWATER GAS | $10.55 |
| Jul-14 DUKE ENERGY | $342.45 |
| Jul-14 ATT | $71.02 |
| Jul-14 GAS CO. | $35.82 |
| Jul-14 DIRECT TV | $68.65 |
| Jul-14 DEED COPY | $83.00 |
| Jul-14 VISA NIKI | $1,835.78 |
| Jul-14 ATT | $68.36 |

| | | |
|---|---|---|
| Jul-14 | BLUE CROSS | $989.77 |
| Jul-14 | TODD JEEP | $787.45 |
| Aug-14 | RENTAL LICENSE | $100.00 |
| Aug-14 | BARTNEDER ELLE PARTY | $100.00 |
| Aug-14 | FOOD ELLE PARTY | $100.00 |
| Aug-14 | ADT FLORIDA | $111.82 |
| Aug-14 | NIKI ROVER | $1,041.89 |
| Aug-14 | RENT TARZANA | $5,500.00 |
| Aug-14 | TIX | $64.00 |
| Aug-14 | [redacted] NANNY | $236.00 |
| Aug-14 | JOSE REPAIR | $150.00 |
| Aug-14 | ANTHONY BOOK ASST | $2,000.00 |
| Aug-14 | JASMIN GIFT CARDS | $2,500.00 |
| Aug-14 | LA POWER WATER | $546.11 |
| Aug-14 | JOE WEINER LEGAL CC | $750.00 |
| Aug-14 | MOYER LAWN | $240.00 |
| Aug-14 | GEICO | $1,225.22 |
| Aug-14 | NATHAN ART ASST | $1,150.00 |
| Aug-14 | GARDENER TARZANA | $320.00 |
| Aug-14 | AMERICAN EXPRESS | $23,131.32 |
| Aug-14 | LIFE INSURANCE | $356.13 |
| Aug-14 | [redacted] SCHOOL | $687.00 |
| Aug-14 | ELECTRICIAN | $65.00 |
| Aug-14 | YOLANDA TYPE | $150.00 |
| Aug-14 | ATT | $49.90 |
| Aug-14 | POOL TARZANA | $110.00 |
| Aug-14 | DUKE ENERGY | $482.76 |
| Aug-14 | CITY CLEARWATER GAS | $13.55 |
| Aug-14 | GAS CO. | $57.59 |
| Aug-14 | VISA NIKI | $576.42 |
| Aug-14 | [redacted] NANNY | $150.00 |
| Aug-14 | PICKLEBERRY BREEDER | $2,750.00 |
| Aug-14 | RENEE CPA | $800.00 |
| Aug-14 | LOCKSMITH | $95.00 |
| Aug-14 | [redacted] NANNY | $100.00 |
| Aug-14 | GAS CO | $647.26 |
| Aug-14 | NIKI ROVER | $1,041.89 |

| | | |
|---|---|---|
| Aug-14 | ATT | $255.93 |
| Aug-14 | POOL TARZANA | $110.00 |
| Sep-14 | TODD JEEP | $787.45 |
| Sep-14 | BLUE CROSS | $989.77 |
| Sep-14 | LA POWER WATER | $1,203.78 |
| Sep-14 | NIKI NAILS | $64.00 |
| Sep-14 | SUNRISE PAINT BAYVIEW | $3,000.00 |
| Sep-14 | DIANNA NANNY | $120.00 |
| Sep-14 | [redacted] SCHOOL | $702.00 |
| Sep-14 | MOYER LAWN | $290.00 |
| Sep-14 | CITY CLEARWATER GAS | $32.97 |
| Sep-14 | TOWN BELLEAIR WATER | $197.03 |
| Sep-14 | LIFE INSURANCE | $356.13 |
| Sep-14 | ANTHONY BOOK ASST | $1,000.00 |
| Sep-14 | RENT TARZANA | $5,500.00 |
| Sep-14 | YOLANDA TYPE | $250.44 |
| Sep-14 | AMERICAN EXPRESS | $8,250.95 |
| Sep-14 | CHASE VISA NIKI | $393.15 |
| Sep-14 | DUKE ENERGY | $606.37 |
| Sep-14 | ATT | $73.45 |
| Sep-14 | BLUE CROSS | $989.77 |
| Sep-14 | ALARM | $262.00 |
| Sep-14 | [redacted] NANNY | $260.00 |
| Sep-14 | DIANNA NANNY | $70.00 |
| Sep-14 | SUNRISE PAINT BAYVIEW | $3,000.00 |
| Oct-14 | RENT TARZANA | $4,500.00 |
| Oct-14 | BRIGHTHOUSE | $234.70 |
| Oct-14 | TIX | $63.00 |
| Oct-14 | TODD JEEP | $787.45 |
| Oct-14 | [redacted] NANNY | $250.00 |
| Oct-14 | [redacted] SCHOOL | $702.00 |
| Oct-14 | NATHAN ART ASST | $4,056.00 |
| Oct-14 | POOL TARZANA | $110.00 |
| Oct-14 | CITY CLEARWATER GAS | $38.84 |
| Oct-14 | TOWN BELLEAIR WATER | $162.11 |
| Oct-14 | MOYER LAWN | $290.00 |
| Oct-14 | TIX | $100.00 |

| | | |
|---|---|---|
| Oct-14 | GARDENER TARZANA | $300.00 |
| Oct-14 | [redacted] NANNY | $100.00 |
| Oct-14 | AMERICAN EXPRESS | $9,092.56 |
| Oct-14 | SMART ENTERTAINMENT MANAGER | $1,125.00 |
| Oct-14 | MERCURY INSURANCE | $1,021.00 |
| Oct-14 | DIANNA NANNY | $100.00 |
| Oct-14 | POP TIGHTY WHITEY | $7,500.00 |
| Oct-14 | CHASE VISA NIKI | $899.21 |
| Oct-14 | LIFE INSURANCE | $356.13 |
| Oct-14 | WINDOW TOYOTA | $200.00 |
| Oct-14 | AMERICAN EXPRESS | $7,921.01 |
| Oct-14 | ANTHONY BOOK ASST | $600.00 |
| Oct-14 | ATT | $68.49 |
| Oct-14 | BLUE CROSS | $989.77 |
| Oct-14 | NIKI MANAGER MODEL | $6,500.00 |
| Oct-14 | VISA NIKI | $899.21 |
| Oct-14 | DUKE ENERGY | $370.85 |
| Oct-14 | BRIGHTHOUSE | $105.71 |
| Oct-14 | VISA NIKI | $978.70 |
| Oct-14 | [redacted] NANNY | $310.00 |
| Oct-14 | SUNRISE PAINT BAYVIEW | $1,260.00 |
| Oct-14 | JOE WEINER LEGAL CC | $1,400.00 |
| Oct-14 | AMERICAN EXPRESS | $1,565.97 |
| Oct-14 | ELECTRICIAN | $95.00 |
| Oct-14 | CENLAR PALMETTO | $4,491.21 |
| Nov-14 | RENT TARZANA | $4,500.00 |
| Nov-14 | ANTHONY BOOK ASST | $1,000.00 |
| Nov-14 | RENEE CPA | $800.00 |
| Nov-04 | AMERICAN EXPRESS | $4,000.00 |
| Jan-15 | NIKI SUPPORT | $4,000.00 |
| Jan-15 | AMERICAN EXPRESS | $23,557.04 |
| Jan-15 | CHARLIE SOD PALMETTO | $3,170.00 |
| Jan-15 | PROP TAX BAYVIEW | $15,993.46 |
| Jan-15 | PROP TAX PALMETTO | $5,507.46 |
| Nov-14 | VERIZON | $170.95 |
| Nov-14 | TODD JEEP | $787.45 |
| Nov-14 | MOYER LAWN | $290.00 |

| | |
|---|---|
| Dec-14 [redacted] SCHOOL | $702.00 |
| Dec-14 CENLAR PALMETTO | $87.17 |
| Dec-14 BLUE CROSS | $989.77 |
| Dec-14 JOHNSON POPE LEGAL BAYVIEW | $1,256.00 |
| Dec-14 POOL TARZANA | $110.00 |
| Dec-14 ANTHONY BOOK ASST | $1,000.00 |
| Dec-14 NIKI TOYOTA | $587.93 |
| Dec-14 TODD JEEP | $787.45 |
| Dec-14 BRIGHTHOUSE | $52.34 |
| Dec-14 JENNA RENT WEHO | $2,230.00 |
| Dec-14 GAS | $50.32 |
| Dec-14 GEICO | $560.52 |
| Dec-14 MATTRESS | $950.00 |
| Dec-14 NIKI SUPPORT | $4,201.74 |
| Dec-14 JENNA RENT WEHO | $2,000.00 |
| Dec-14 YOLANDA TYPE | $100.00 |
| Jan-15 CENLAR PALMETTO | $2,202.02 |
| Jan-15 TIX | $124.42 |
| Jan-15 BLUE CROSS | $1,056.87 |
| Jan-15 TODD JEEP | $787.45 |
| Feb-15 AMERICAN EXPRESS | $13,450.05 |
| Mar-15 JENNA RENT WEHO | $1,500.00 |
| Jan-15 NIKI TOYOTA | $597.93 |
| Jan-15 GEICO | $102.09 |
| Jan-15 POOL TARZANA | $110.00 |
| Jan-15 DISH | $201.74 |
| Jan-15 GARDENER TARZANA | $150.00 |
| Jan-15 [redacted] SCHOOL | $702.00 |
| Jan-15 NIKI BILLS REIMBURSE | $496.49 |
| Jan-15 JORDAN PALMETTO | $900.00 |
| Jan-15 ATZ IRRIGATION PLAMETTO | $692.25 |
| Jan-15 SUNRISE PAINT PALMETTO | $2,975.00 |
| Jan-15 TIX | $25.00 |
| Jan-15 TIX | $25.00 |
| Feb-15 ELLE SCHOOL | $702.00 |
| Feb-15 ATT | $134.96 |
| Feb-15 SO CAL GAS | $146.83 |

| | |
|---|---|
| Feb-15 CENLAR PALMETTO | $2,202.02 |
| Feb-15 BLUE CROSS | $1,056.87 |
| Feb-15 JENNA RENT WEHO | $950.00 |
| Feb-15 FOUR PAWS DOGS | $2,457.04 |
| Feb-15 CARPET | $170.00 |
| Feb-15 NIKI SUPPORT | $4,000.00 |
| Feb-15 YOLANDA TYPE | $250.00 |
| Feb-15 POP TIGHTY WHITEY | $600.00 |
| Feb-15 TOWN BELLEAIR WATER | $139.45 |
| Feb-15 DUKE ENERGY | $147.96 |
| Feb-15 MOYER LAWN | $1,120.00 |
| Mar-15 CENLAR PALMETTO | $2,202.02 |
| Mar-15 [redacted] SCHOOL | $702.00 |
| Mar-15 BLUE CROSS | $1,056.87 |
| Mar-15 GARDENER TARZANA | $150.00 |
| Mar-15 POOL TARZANA | $142.20 |
| Mar-15 NIKI TOYOTA | $597.93 |
| Mar-15 ATT | $74.28 |
| Mar-15 ATT | $110.86 |
| Mar-15 DISH | $114.67 |
| Mar-15 YOLANDA TYPE | $349.90 |
| Mar-15 TODD JEEP | $1,574.90 |
| Mar-15 NATHAN ART ASST | $1,475.00 |
| Mar-15 GAS | $23.00 |
| Mar-15 YOLANDA TYPE | $238.70 |
| Mar-15 CITY CLEARWATER GAS | $28.32 |
| Mar-15 NIKI SUPPORT | $4,854.04 |
| Mar-15 AMERICAN EXPRESS | $6,634.31 |
| Mar-15 ANTHONY BOOK ASST | $1,500.00 |
| Mar-15 YOLANDA TYPE | $185.70 |
| Mar-15 MAID | $150.00 |
| Mar-15 NIKI BILLS REIMBURSE | $480.00 |
| Mar-15 RENT TARZANA | $11,000.00 |
| Mar-15 DUKE ENERGY | $213.13 |
| Mar-15 FONTES BOOK EXP | $1,750.00 |
| Mar-15 MARINA RENT | $545.16 |
| Mar-15 JENNA RENT WEHO | $250.00 |

| | |
|---|---|
| Mar-15 CENLAR PALMETTO | $2,007.06 |
| Mar-15 BLUE CROSS | $1,056.87 |
| Mar-15 TOWN BELLEAIR WATER | $430.11 |
| Apr-15 NIKI SUPPORT | $4,000.00 |
| Apr-15 AMERICAN EXPRESS | $20,000.00 |
| Apr-15 JENNA RENT WEHO | $800.00 |
| Apr-15 MAID | $140.00 |
| Apr-15 ILENE MONITOR | $500.00 |
| Apr-15 AMERICAN EXPRESS | $6,384.29 |
| Apr-15 ANTHONY BOOK ASST | $1,500.00 |
| Apr-15 ANTHONY BOOK ASST | $1,500.00 |
| Apr-15 MARINA RENT | $3,927.02 |
| Apr-15 ILENE MONITOR | $205.00 |
| Apr-15 CA STATE TAXES | $2,194.26 |
| Apr-15 TODD JEEP | $826.82 |
| May-15 MARINA RENT | $4,282.96 |
| Apr-15 AMERICAN EXPRESS | $10,000.00 |
| Apr-15 CENLAR PALMETTO | $2,007.06 |
| Apr-15 TOWN BELLEAIR WATER | $407.76 |
| Apr-15 MOYER LAWN | $290.00 |
| Apr-15 BRIGHTHOUSE | $175.66 |
| Apr-15 BLUE CROSS | $1,056.87 |
| Apr-15 CITY CLEARWATER GAS | $12.66 |
| Apr-15 ILENE MONITOR | $405.00 |
| Apr-15 ILENE MONITOR | $630.00 |
| Apr-15 BAYVIEW REPAIR AC | $400.00 |
| Apr-15 ALEX ART SHOW | $475.00 |
| Apr-15 NATHAN ART ASST | $2,700.00 |
| May-15 ILENE MONITOR | $480.00 |
| May-15 GAS | $72.31 |
| May-15 UPS | $72.75 |
| May-15 NIKI SUPPORT | $4,000.00 |
| May-15 ALEX ART SHOW | $350.00 |
| May-15 ELECTRICIAN | $405.00 |
| May-15 AMERICAN EXPRESS | $25,000.00 |
| May-15 CITY CLEARWATER GAS | $15.66 |
| Jun-15 CENLAR PALMETTO | $2,007.06 |

| | |
|---|---|
| May-15 BRIGHTHOUSE | $37.87 |
| May-15 TOWN BELLEAIR WATER | $294.47 |
| May-15 TIX | $78.00 |
| May-15 TIX | $151.00 |
| May-15 ILENE MONITOR | $950.00 |
| May-15 LISA HACKER | $1,200.00 |
| May-15 SO CAL GAS | $50.22 |
| May-15 FONTES BOOK EXP | $1,750.00 |
| May-15 TW CABLE | $143.88 |
| Jun-15 AMERICAN EXPRESS | $50,000.00 |
| Jun-15 LISA HACKER | $300.00 |
| May-15 AMERICAN EXPRESS | $7,822.64 |
| May-15 MOYER LAWN | $290.00 |
| May-15 NIKI TOYOTA | $597.93 |
| May-15 [redacted] SCHOOL | $733.00 |
| Jun-15 MARINA RENT | $4,513.09 |
| May-15 CARPET | $145.00 |
| May-15 ZOO | $52.00 |
| TOTAL | $567,882.31 |
| NET LOSS | **-$466,744.45** |

Exhbits A-H Page 46 of 48

BUTER, BUZARD, FISHBEIN & ROYCE LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
11611 San Vicente Boulevard - Suite 820
Los Angeles, California 90049-6508
(310) 820-6700

ATTACHMENT "6B"

RENTAL PROPERTY INCOME

548 PALMETTO RD, BELLEAIR, FL 33756

JUNE 1, 2014 THROUGH MAY 31, 2015

GROSS RECEIPTS

| | |
|---|---|
| June 2014 | $2,000.00 |
| July 2014 | $2,000.00 |
| August 2014 | $2,000.00 |
| September 2014 | $2,000.00 |
| October 2014 | $2,000.00 |
| November 2014 | $2,000.00 |
| December 2014 | $2,000.00 |
| January 2015 | $0.00 |
| February 2015 | $0.00 |
| March 2015 | $0.00 |
| April 2015 | $0.00 |
| May 2015 | $0.00 |
| **AVERAGE MONTHLY RENT** | **$1,166.00** |

AVERAGE MONTHLY EXPENSES

| | |
|---|---|
| Mortgage/Homeowner's Insurance | $2,200.00 |
| Real Property Taxes | $500.00 |
| Maintenance/Repair | $600.00 |
| Utilities (Water + Electric) | $250.00 |
| **MONTHLY TOTAL:** | **$3,550.00** |

**Respondent rented out the Palmetto residence at the loss detailed above for the calendar year 2014. This residence is currently on the market to be sold, and therefore, the property is not being rented as of January 1, 2015. Because the expenses are accounted for here and the property is being sold, these expenses are not being included in Item 13.

IN RE THE MARRIAGE OF GOLDMAN
G:\GOLT\01\I&E.Att.6B.5.2015.wpd af
CASE NO. BD 610524
PAGE 1
ATTACHMENT 6B

BUTER, BUZARD, FISHBEIN & ROYCE LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
11611 San Vicente Boulevard - Suite 820
Los Angeles, California 90049-6508
(310) 820-6700

**ATTACHMENT "13"**

**AVERAGE MONTHLY EXPENSES**

**565 BAYVIEW DRIVE, BELLEAIR, FL 33756**

1) Mortgage $0

a) Average Principal $0

b) Average Interest $0

2) Real Property Taxes $1250

3) Homeowner's Insurance $0

4) Maintenance and Repair $800

5) Utilities $620

6) Telephone, Cell Phone, & Email $150

**548 PALMETTO RD, BELLEAIR, FL 33756**

1) Mortgage $2,200

a) Average Principal $900

b) Average Interest $980

2) Real Property Taxes $500

3) Homeowner's Insurance $300 (incl. in mortgage payment)

4) Maintenance and Repair $500

5) Utilities $250

**4672 BREWSTER DRIVE, TARZANA, CA 91356**

1) Utilities $840

2) Maintenance and Repair $275

3) Telephone, Cell Phone, & Email $450

**4055 REDWOOD AVENUE, APT 142, LOS ANGELES, CA 90066**

1) Rent (includes office space) $4,300

2) Utilities $300

PROOF OF SERVICE

BY FEDERAL EXPRESS

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county where the mailing of the hereinbelow described document(s) is to take place. My business address is 11611 San Vicente Boulevard, Suite 820, Los Angeles, CA 90049-6508. I am over the age of 18 and not a party to this action.

On May 28, 2015, I served copies of the hereinbelow described document(s) on the Petitioner in this action and all interested parties by enclosing true copies thereof in a Federal Express envelope, and sending the envelope via Federal Express delivery as follows:

Ronald F. Brot
Brot & Gross, LLP
15260 Ventura Boulevard, Suite 1500
Sherman Oaks, CA 91403

Federal Express No. 8055 1051 4638

The document(s) which were so mailed are designated: RESPONDENT'S INCOME AND EXPENSE DECLARATION

I declare, under penalty of perjury pursuant to the laws of the State of California, that the foregoing is true and correct.

Executed this 28th day of May, 2015, at Los Angeles, California.

SHELA JACKSON

BUTER, BUZARD, FISHBEIN & ROYCE LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
11611 SAN VICENTE BOULEVARD, - SUITE 820
LOS ANGELES, CALIFORNIA 90049-6508
(310) 820-6700