# EXHIBIT "J"

**FL-140**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Todd Goldman, In Pro Per
4055 Redwood Ave., #142
Los Angeles, CA 90066

TELEPHONE NO.: (727) 251-3808          FAX NO.:
E-MAIL ADDRESS:
ATTORNEY FOR *(Name):* Respondent, In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PETITIONER: Nicole Goldman
RESPONDENT: Todd Goldman
OTHER PARENT/PARTY:

| DECLARATION OF DISCLOSURE | CASE NUMBER: |
|---|---|
| ☐ Petitioner's  ☒ Preliminary  ☒ Respondent's  ☐ Final | BD 610524 |

### DO NOT FILE DECLARATIONS OF DISCLOSURE OR FINANCIAL ATTACHMENTS WITH THE COURT

*In a dissolution, legal separation, or nullity action, both a preliminary and a final declaration of disclosure must be served on the other party with certain exceptions. Neither disclosure is filed with the court. Instead, a declaration stating that service of disclosure documents was completed or waived must be filed with the court (see form FL-141).*

- *In summary dissolution cases, each spouse or domestic partner must exchange preliminary disclosures as described in* Summary Dissolution Information *(form FL-810). Final disclosures are not required (see Family Code section 2109).*
- *In a default judgment case that is not a stipulated judgment or a judgment based on a marital settlement agreement, only the petitioner is required to complete and serve a preliminary declaration of disclosure. A final disclosure is not required of either party (see Family Code section 2110).*
- *Service of preliminary declarations of disclosure may not be waived by an agreement between the parties.*
- *Parties who agree to waive final declarations of disclosure must file their written agreement with the court (see form FL-144).*

*The petitioner must serve a preliminary declaration of disclosure at the same time as the Petition or within 60 days of filing the Petition. The respondent must serve a preliminary declaration of disclosure at the same time as the Response or within 60 days of filing the Response. The time periods may be extended by written agreement of the parties or by court order (see Family Code section 2104(f)).*

**Attached are the following:**

1. ☒ A completed *Schedule of Assets and Debts* (form FL-142) or  ☐ A *Property Declaration* (form FL-160) for *(specify):*  ☐ Community and Quasi-Community Property  ☐ Separate Property.

2. ☒ A completed *Income and Expense Declaration* (form FL-150).   (Served 08/18/15)

3. ☐ All tax returns filed by the party in the two years before the date that the party served the disclosure documents.

4. ☐ A statement of all material facts and information regarding valuation of all assets that are community property or in which the community has an interest *(not a form)*.

5. ☐ A statement of all material facts and information regarding obligations for which the community is liable *(not a form)*.

6. ☐ An accurate and complete written disclosure of any investment opportunity, business opportunity, or other income-producing opportunity presented since the date of separation that results from any investment, significant business, or other income-producing opportunity from the date of marriage to the date of separation *(not a form)*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/25/2015

Todd Goldman                                        ▶
_____                          _____
(TYPE OR PRINT NAME)                               SIGNATURE

Form Adopted for Mandatory Use
Judicial Council of California
FL-140 [Rev. July 1, 2013]

Martin Dean's
ESSENTIAL FORMS™

**DECLARATION OF DISCLOSURE**
**(Family Law)**

Family Code, §§ 2102, 2104,
2105, 2106, 2112
www.courts.ca.gov

Page 1 of 1

# THIS FORM SHOULD NOT BE FILED WITH THE COURT

FL-142

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: |
|---|---|
| Todd Goldman, In Pro Per<br>4055 Redwood Ave., #142<br>Los Angeles, CA 90066 | (727) 251-3808 |

ATTORNEY FOR *(Name)*: Respondent, In Pro Per

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
LOS ANGELES

PETITIONER: Nicole Goldman

RESPONDENT: Todd Goldman

| SCHEDULE OF ASSETS AND DEBTS<br>☐ Petitioner's  ☒ Respondent's | CASE NUMBER:<br>BD 610524 |
|---|---|

## - INSTRUCTIONS -

List all your known community and separate assets or debts. Include assets even if they are in the possession of another person, including your spouse. If you contend an asset or debt is separate, put P (for Petitioner) or R (for Respondent) in the first column (separate property) to indicate to whom you contend it belongs.

All values should be as of the date of signing the declaration unless you specify a different valuation date with the description. For additional space, use a continuation sheet numbered to show which item is being continued.

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 1. | REAL ESTATE *(Give street addresses and attach copies of deeds with legal descriptions and latest lender's statement.)* | | | | |
| | 565 Bayview Dr. (25% owner)<br>Belleair, FL 33756 | | 2004 | 1,000,000 | 550,000 |
| | 548 Palmetto Dr.<br>Belleair, FL 33756 | R | 2006 | 400,000 | 293,000 |
| | 4672 Brewster Dr.<br>Tarzana, CA 91356<br>($250,000 equity) | | 2014 | 1,250,000 | 1,000,000 |
| 2. | HOUSEHOLD FURNITURE, FURNISHINGS, APPLIANCES *(Identify.)* | | | | |
| | Florida - Misc household items | R | | 25,000 | |
| | Tarzana - Misc household items | R | | 7,500 | |
| | Curr. Residence | R | | 5,000 | |
| 3. | JEWELRY, ANTIQUES, ART, COIN COLLECTIONS, etc. *(Identify.)* | | | | |
| | Art-Florida | R | | 100,000 | |
| | Art-California | R | | 20,000 | |
| | Watches (in Petitioner's possession) | R | | 20,000 | |

Page 1 of 4

Form Approved for Optional Use
Judicial Council of California
FL-142 [Rev. January 1, 2005]

**SCHEDULE OF ASSETS AND DEBTS**
**(Family Law)**

Code of Civil Procedure, §§ 2030(c), 2033.5
www.courtinfo.ca.gov

Martin Dean's
ESSENTIAL FORMS™

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 4. | VEHICLES, BOATS, TRAILERS *(Describe and attach copy of title document.)* | | | | |
| | Jeep MOAB (in Respondent's possession) | | 2013 | 40,000 | 35,000 |
| | Toyota FJ (in Petitioner's Possession) | | 2014 | 40,000 | 35,000 |
| 5. | SAVINGS ACCOUNTS *(Account name, account number, bank, and branch. Attach copy of latest statement.)* None | | | | |
| 6. | CHECKING ACCOUNTS *(Account name and number, bank, and branch. Attach copy of latest statement.)* One West xxxx-9226 | R | 2015 | 3,000 | |
| 7. | CREDIT UNION, OTHER DEPOSIT ACCOUNTS *(Account name and number, bank, and branch. Attach copy of latest statement.)* None | | | | |
| 8. | CASH *(Give location.)* None | | | | |
| 9. | TAX REFUND 2012 Tax Refund (check sent to Petitioner's Residence) | | 2015 | 4,194 | |
| 10. | LIFE INSURANCE WITH CASH SURRENDER OR LOAN VALUE *(Attach copy of declaration page for each policy.)* None | | | | |

FL-142 [Rev. January 1, 2005]

**SCHEDULE OF ASSETS AND DEBTS**
**(Family Law)**

Page 2 of 4

Martin Dean's
ESSENTIAL FORMS™

| ITEM NO. | ASSETS DESCRIPTION | SEP. PROP | DATE ACQUIRED | CURRENT GROSS FAIR MARKET VALUE | AMOUNT OF MONEY OWED OR ENCUMBRANCE |
|---|---|---|---|---|---|
| | | | | $ | $ |
| 11. | STOCKS, BONDS, SECURED NOTES, MUTUAL FUNDS *(Give certificate number and attach copy of the certificate or copy of latest statement.)* GNUS Stock Certificate | | 2014 | 37,500 | |
| 12. | RETIREMENT AND PENSIONS *(Attach copy of latest summary plan documents and latest benefit statement.)* None | | | 0 | 0 |
| 13. | PROFIT-SHARING, ANNUITIES, IRAS, DEFERRED COMPENSATION *(Attach copy of latest statement.)* None | | | | |
| 14. | ACCOUNTS RECEIVABLE AND UNSECURED NOTES *(Attach copy of each.)* None | | | | |
| 15. | PARTNERSHIPS AND OTHER BUSINESS INTERESTS *(Attach copy of most current K-1 form and Schedule C.)* POP Factory (Partnership) | | 2008 | -300,000 | |
| 16. | OTHER ASSETS None | | | | |
| 17. | TOTAL ASSETS FROM CONTINUATION SHEET | | | | |
| 18. | TOTAL ASSETS | | | $ 2,652,194 | $ 1,913,000 |

**SCHEDULE OF ASSETS AND DEBTS**
(Family Law)

Martin Dean's
ESSENTIAL FORMS™

| ITEM NO. | DEBTS-SHOW TO WHOM OWED | SEP. PROP | TOTAL OWING | DATE INCURRED |
|---|---|---|---|---|
| | | | $ | |
| 19. | STUDENT LOANS *(Give details.)* <br> None | | | |
| 20. | TAXES *(Give details.)* <br> Taxes and Penalties for liquidating SEP IRA | | 107,500 | 2015 |
| 21. | SUPPORT ARREARAGES *(Attach copies of orders and statements.)* | | | |
| 22. | LOANS - UNSECURED *(Give bank name and loan number and attach copy of latest statement.)* <br> Jasmine Huey | | 130,000 | 2013 |
| 23. | CREDIT CARDS *(Give creditor's name and address and the account number. Attach copy of latest statement.)* <br> American Express | | 50,000 | |
| 24. | OTHER DEBTS *(Specify.):* <br> Legal: <br> Ron Brot <br> Mike McGuire <br> Avi Fishbien <br> Felicia Myers <br> Tarzana Rent (pending contempt) <br> Bruce Lorman | | 65,000 <br> 130,000 <br> 9,000 <br> 50,000 <br> 40,000 <br> 5,000 | 2015 <br> 2015 <br> 2015 <br> 2015 <br> 2015 <br> 2015 |
| 25. | TOTAL DEBTS FROM CONTINUATION SHEET | | | |
| 26. | TOTAL DEBTS | | $ 2,499,500 | |

27. ☐ *(Specify number) :* _____ pages are attached as continuation sheets.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09/25/15

Todd Goldman
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

**SCHEDULE OF ASSETS AND DEBTS**
(Family Law)

Martin Dean's ESSENTIAL FORMS™

# ATTACHMENT "1"



**CENLAR**
CENLAR LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

## Loan Statement

| | |
|---|---|
| Statement Date: | 07/31/15 |
| Account Number | ██████████ |
| Payment Due Date | 08/01/15 |
| **Amount Due** | **$2,007.06** |

*If payment is received after 08/17/15, $87.17 late fee will be charged.*

**Contact Us**
Customer Service/Pay By Phone:  877-309-6308
Website:  www.loanadministration.com
E-mail:  customerservice@loanadministration.com
*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628*

+ 0571607 000042855 09CLST 0916930 YC 1AF041.IMG
TODD GOLDMAN
1419 MLK AVENUE SOUTH
CLEARWATER FL 33756-3446

---

### Account Information

| | | |
|---|---|---|
| Property Address | 548 PALMETTO RD | |
| | BELLEAIR, FL 33756 | |
| Outstanding Principal | | $292,435.27 |
| Escrow Balance | | $1,558.18 |
| Maturity Date | | September 2035 |
| Interest Rate (Until October 2015) | | 3.8750% |
| Prepayment Penalty | | NONE |

### Explanation of Amount Due

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

| | |
|---|---|
| Principal | $798.98 |
| Interest | $944.32 |
| Escrow (for Taxes and Insurance) | $263.76 |
| Other | $0.00 |
| **Current Payment Due 08/01/15** | **$2,007.06** |
| Total Fees Charged Since Last Statement | $0.00 |
| Overdue Amount | $0.00 |
| **Total Amount Due** | **$2,007.06** |

### Transaction Activity (06/20/2015 to 07/31/2015)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | | | |

### Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment*

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $5,521.30 |
| Interest | $0.00 | $6,681.80 |
| Escrow (Taxes and Insurance) | $0.00 | $2,431.20 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | $0.00 | $0.00 |
| **Total** | **$0.00** | **$14,634.30** |

### IMPORTANT MESSAGES

Tired of writing checks and paying postage? We offer a convenient system that automatically debits your payment each month from your checking or savings account. To take advantage of this *FREE* service, visit our website and complete the Automatic Payment (ACH) Authorization or contact Customer Service.

x

# RECEIPT NO.        151

**Avenue Real Estate Santa Monica, Inc., Escrow Division**
1123 Montana Ave.
Santa Monica, CA 90403
(310) 460-2525

DATE:   6/13/2014                          ESCROW NO.        1406-SW
TIME :   1:22PM                            ESCROW OFFICER: Steven Walter

*Received From:*   **Todd Harris Goldman, Nicole Elizabeth Goldman**

THE SUM OF: *TWO HUNDRED TWELVE THOUSAND FIVE HUNDRED  AND NO/100 DOLLARS*
*( $212,500.00 )*
RECEIVED FOR:   Additional
RECEIVED BY:    Steven Walter
COMMENTS:

☐   Received After Hours

Buyer:    Todd Harris Goldman and Nicole Elizabeth Goldman and Hasan Ismail and Nasim Ismail

Seller:    Nexton Limited

Property:    4672 Brewster Dr, Los Angeles, CA 91356

**Detail**

| Tender Type | Check Number | ABA Number | | A |
|---|---|---|---|---|
| **Wire Transfer** | ▬▬▬▬ | ▬▬0021 | $ | 212, |
| Total | | | $ | 212, |

Printed Date: 6/13/2014     ty National Bank - Avenue Real Estate Santa Monica, Inc. Escrow Trust Accou

# RECEIPT NO.          149

**Avenue Real Estate Santa Monica, Inc., Escrow Division**
**1123 Montana Ave.**
**Santa Monica, CA 90403**
**(310) 460-2525**

| | |
|---|---|
| DATE:  6/03/2014 | ESCROW NO.       1406-SW |
| TIME :   4:31PM | ESCROW OFFICER: Steven Walter |

*Received From:*  **TODD H GOLDMAN And NICOLE GOLDMAN**

THE SUM OF: *THIRTY SEVEN THOUSAND FIVE HUNDRED  AND NO/100  DOLLARS*
*( $37,500.00 )*

**RECEIVED FOR:**      Earnest Money
**RECEIVED BY:**       Steven Walter
**COMMENTS:**

☐   **Received After Hours**

Buyer:

Seller:

Property:    4672 Brewster Dr, Tarzana, CA 91356

**Detail**

| Tender Type | Check Number | ABA Number | | Amount |
|---|---|---|---|---|
| **Wire Transfer** | ▓▓9639 | ▓▓54ES | $ | 37,500.00 |
| **Total** | | | $ | 37,500.00 |

Printed Date: 6/03/2014     ty National Bank - Avenue Real Estate Santa Monica, Inc. Escrow Trust Accou

# ATTACHMENT "3"

PROVIDENT JWLRY NAPLES
766 5TH AVE S.
NAPLES, FL 34102

ry

12/29/2011                    15:54:33
Merchant ID:      000000001673151
                  02801659

# Invoice

No: 002149
Date: 12/29/2011

2292

**Ship To:**
Todd Harris Goldman

565 Bayview Drive
Bellaire , FL 33756

Tax Ex.
Salesperson: AT
Prepared By:
Ordered By:

Ship Via:
Terms: Net Due (On Invoice)
PO Number:

Remarks:

| No | Item | Parcel | Qty | CT/Gr | Description | Unit Price | Total | Tax |
|----|------|--------|-----|-------|-------------|------------|-------|-----|
| 1 | NN00005 | | 1 | | BR01-94-COMMANDO Bell and Ross BR01-94-COMMANDO BR01 94 Commando LTD Serial # BRO194SCBLA379/500 | $4,716.98 | $4,716.98 | Yes |
| 2 | NN00946 | | 1 | | BR03-92-PHANTOM Bell and Ross Automatic Phantom Black Carbon Case Black Dial Rubber Strap BR0392S11932 | $3,113.21 | $3,113.21 | Yes |

| Total Quantity:  2 | Total CT: | Total Taxable: | $7,830.19 | Tax Total: | $469.81 |
|---|---|---|---|---|---|
| Payment Method | Payment Amount | Total Non-Taxable: | $0.00 | Shipping: | $0.00 |
| AM-EX | 8,300.00 | | | Total: | $8,300.00 |
| | | | | Paid: | $8,300.00 |
| | | | | Balance: | $0.00 |

CUSTOMER SIGNATURE X

After 90 days layaways or customer orders must be paid in full or any deposits will be taken in full as liquidated damages. All sales final and sold as is unless otherwise stated. THANK YOU FOR YOUR BUSINESS!

Page 1

# TOURNEAU
SINCE 1900

Greta Ramirez

Javier
Perriso

Bal Harbour Shops
9700 Collins Avenue
Bal Harbour, Florida 33154
tel 305.866.4312 fax 305.866.8941
www.tourneau.com

NEW YORK  ATLANTA  PALM BEACH  BAL HARBOUR  CORAL GABLES  CHICAGO  HOUSTON
LAS VEGAS  LOS ANGELES  SOUTH COAST PLAZA  SAN JOSE  SAN FRANCISCO

## the tourneau advantage

**WORLD'S LARGEST SELECTION**
Tourneau is an authorized agent of every major
watch brand. Featuring over 100 famous
names and 8,000 styles from $25 to $250,000.

**TRADE-IN AND TRADE UP**
Come in for your free trade-in appraisal.
Receive a generous allowance towards the pur-
chase of your new watch.

**TOURNEAU CLUB PLAN**
Purchase the watch of your dreams and take
months to pay. A timeless timepiece and the
time to pay for it.

**3-YEAR GUARANTEE**
Our extended warranty is in addition to the
manufacturer's.

**FREE LIFETIME BATTERY REPLACEMENT**
Our trained professionals will change your bat-
tery promptly.

**ON SITE SERVICE/REPAIR**
Largest authorized independent service center
in the United States.

**FREE GIFT WRAPPING AND ENGRAVING**
Expertly packaged and personalized.

**CERTIFIED PRE-OWNED WATCHES**
Tourneau has the world's largest collection of
pre-owned watches. Everything you'd expect
from a fine watch... except the price.

**AUTHORITY & EXPERTISE**
For 100 years our knowledgeable, trained pro-
fessionals have been servicing our client's
needs.

112209

shop-at-home: 800-348-3332
www.tourneau.com

WATCH PROTECTION PROGRAM

| Declined | Initials |
|----------|----------|
|          |          |

**FINAL SALE**
**VENTA FINAL**
**NO REFUNDS OR EXCHANGES**

B4511

# TOURNEAU

SINCE 1900

NEW YORK   PALM BEACH   BAL HARBOUR   SOUTH COAST PLAZA   HOUSTON   ATLANTA
LOS ANGELES   CHICAGO

## the tourneau advantage

**WORLD'S LARGEST SELECTION**
Tourneau is an authorized agent of every major watch brand. Featuring over 100 famous names and 8,000 styles from $25 to $250,000.

**TRADE-IN AND TRADE UP**
Come in for your free trade-in appraisal. Receive a generous allowance towards the purchase of your new watch

**TOURNEAU CLUB PLAN**
Purchase the watch of your dreams and take months to pay. A timeless timepiece and the time to pay for it.

**3-YEAR GUARANTEE**
Our extended warranty is in addition to the manufacturer's.

**FREE LIFETIME BATTERY REPLACEMENT**
Our trained professionals will change your battery promptly.

**ON SITE SERVICE/REPAIR**
Largest authorized independent service center in the United States.

**FREE GIFT WRAPPING AND ENGRAVING**
Expertly packaged and personalized.

**CERTIFIED PRE-OWNED WATCHES**
Tourneau has the world's largest collection of pre-owned watches. Everything you'd expect from a fine watch... except the price.

**AUTHORITY & EXPERTISE**
For 100 years our knowledgeable, trained professionals have been servicing our client's needs.

shop-at-home: 800.348.3332
www.tourneau.com

WATCH PROTECTION PROGRAM

Declined ☐   Initials ☐

FINAL SALE
VENTA FINAL
NO REFUNDS OR EXCHANGES

B4786

# TOURNEAU

### SINCE 1900

NEW YORK  PALM BEACH  BAL HARBOUR  SOUTH COAST PLAZA  HOUSTON  ATLANTA
LOS ANGELES  CHICAGO

# the tourneau advantage

**WORLD'S LARGEST SELECTION**
Tourneau is an authorized agent of every major watch brand. Featuring over 100 famous names and 8,000 styles from $25 to $250,000.

**TRADE-IN AND TRADE UP**
Come in for your free trade-in appraisal. Receive a generous allowance towards the purchase of your new watch.

**TOURNEAU CLUB PLAN**
Purchase the watch of your dreams and take months to pay. A timeless timepiece and the time to pay for it.

**3-YEAR GUARANTEE**
Our extended warranty is in addition to the manufacturer's.

**FREE LIFETIME BATTERY REPLACEMENT**
Our trained professionals will change your battery promptly.

**ON SITE SERVICE/REPAIR**
Largest authorized independent service center in the United States.

**FREE GIFT WRAPPING AND ENGRAVING**
Expertly packaged and personalized.

**CERTIFIED PRE-OWNED WATCHES**
Tourneau has the world's largest collection of pre-owned watches. Everything you'd expect from a fine watch... except the price.

**AUTHORITY & EXPERTISE**
For 100 years our knowledgeable, trained professionals have been servicing our client's needs.

**shop-at-home: 800.348.3332**
**www.tourneau.com**

WATCH PROTECTION PROGRAM
Declined    Initials

T  6703

# ATTACHMENT "4"

FL9-600-02-26
P.O. Box 45224
Jacksonville, FL 32232-5224

SXJ1506014-06D

# Bank of America

**Statement of Account**

**Reduce the clutter!**

Sign up for e-bills through bankofamerica.com
or another bill paying service.

bankofamerica.com/onlinebanking

28835   1 AT 0.416

TODD GOLDMAN
4055 REDWOOD AVE UNIT 142        028835
LOS ANGELES, CA 90066-5191

## Loan Account Status

## Customer Service

| | |
|---|---|
| Maturity Date: | 09/13/2019 |
| Payoff Balance*: | $35,021.42 |
| Payoff Good Through: | 09/13/2015 |

*Payoff does not include any fees, credits, or reversals that have not been posted.*

| | |
|---|---|
| Statement Date: | 08/24/2015 |
| Current Payment Due: | $787.45 |
| Amount Past Due: | $0.00 |
| Total Fees and Charges: | $0.00 |

| **Total Payment Due by** | **09/13/2015** | **is** | **$787.45** |
|---|---|---|---|

**Transaction Activity**

| Effective Date | Description | Amount | Detail |
|---|---|---|---|
| | Beginning principal balance | | $35,567.10 |
| 08/06/2015 | PAYMENT - THANK YOU | -$787.45 | |
| | PRINCIPAL | | $724.87 |
| | FINANCE CHARGE | | $62.58 |
| | Ending principal balance | | $34,842.23 |

**ACCOUNT NUMBER:  650-10033954873**

**Paying your bill is easy with any of these convenient options:**

 **Pay online** anytime by visiting bankofamerica.com.

 **Pay by phone** - Call 1.800.215.6195 24 hours a day, 7 days a week. Provide security information and authorize us to initiate an electronic payment from your account, the payment amount and timing. Same day payments can not be cancelled. A fee may apply.

 **Pay by mail** - Bank of America, P.O. Box 15220, Wilmington, DE 19886-5220

**Account questions?** Call 1.800.215.6195
**1.866.345.1248 TDD/TTY Users Only**

Please contact us if you have any questions regarding your account. For faster service, reference the account number above and have your social security number available. Bank of America appreciates the opportunity to service this account for you. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

WRITE TO:    Bank of America, N.A.   •   FL9-600-02-26   •   P.O. Box 45224   •   Jacksonville, FL 32232-5224

# ATTACHMENT "11"

8.0.2 • Copyright 2012 Reynolds Graphics, Inc./ Salt Lake City, Utah

# Genius Brands International, Inc.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

$0.001 PAR VALUE COMMON STOCK

SHARES

**********30,000**********

CUSIP 37229T202

COMMON STOCK

NUMBER

2086

THIS CERTIFIES THAT    TODD GOLDMAN

Is The Owner of    * THIRTY THOUSAND *

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
Genius Brands International, Inc.

Transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this
Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by
the Registrar.

Dated:    AUGUST 24, 2015

COUNTERSIGNED AND REGISTERED:
VSTOCK TRANSFER, LLC
Transfer Agent and Registrar

By:

AUTHORIZED SIGNATURE

Executive Vice President

# ATTACHMENT "23"

≡ Menu    𝒬

**AMERICAN EXPRESS**

Help    Log Out

**Good evening, Todd | Member Since 1996**
Platinum Card³ (ending -15004)

**Home**    Statements & Activity    Payments    Profile    Benefits

**Payment Due**

$14,519.54

Available Credit
$6,713.00

Total Balance
$43,247.94

— Show Balance Details

**Please Pay By**

September 18

**Make Payment**    Billing Statements

**Membership Rewards**※
Program Number 1M18804291

779,453

Available Points

+ Use Points

# EXHIBIT "K"

1  RONALD F. BROT SBN 50201
   LAUREN H. KATAN SBN 265940
2  BROT & GROSS, LLP
   15260 Ventura Boulevard, Suite 1500
3  Sherman Oaks, CA  91403-5348
   (818) 594-0800
4
5  Attorneys for Petitioner
   NICOLE GOLDMAN
6
7

**CONFORMED COPY**
ORIGINAL FILED
Superior Court of California
County of Los Angeles

NOV 2 5 2015

Sherri R. Carter, Executive Officer/Clerk
By: Peter Ontiveros, Deputy

8                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                       **FOR THE COUNTY OF LOS ANGELES**

10

11  In re the Marriage of                )  CASE NO. BD 610 524
                                          )
12  Petitioner:    NICOLE GOLDMAN         )  JUDGE MICHAEL E. WHITAKER
                                          )  DEPT. 59
13               and                      )
                                          )  DECLARATION OF RONALD F. BROT
14  Respondent:    TODD GOLDMAN           )  IN SUPPORT OF PETITIONER'S
                                          )  REQUEST FOR ATTORNEY FEES AND
15                                        )  COSTS
                                          )
16                                        )  DATE : 2-5-16
                                          )  TIME : 8:30 A.M.
17                                        )  DEPT : 59
                                          )
18  _____)

19       I, RONALD F. BROT, declare as follows:

20       1.    I am an attorney duly licensed to practice law in all of the Courts of the State of

21  California and am a founding partner of Brot & Gross, LLP, attorneys of record for Petitioner in the

22  within action.

23       2.    I submit this Declaration in support of Petitioner's Request for Attorney Fees and Costs

24  in lieu of oral testimony pursuant to *Code of Civil Procedure* §§2009 and 2015.5; *Reifler v. Superior*

25  *Court* (1974) 39 Cal.App.3d 479, 114 Cal.Rptr. 356; and *In re Marriage of Stevenot* (1984) 154

26  Cal.App.3d 1051, 202 Cal.Rptr. 116.  The following information is true of my own personal

27  knowledge, and if called as a witness I could and would testify competently thereto.

28       3.    This declaration is not intended to be, and should not be construed to be, a waiver of

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

1  any attorney-client privilege or attorney work product doctrine. The matter set forth herein was stated

2  and/or observed in non-privileged settings and is not the result of privileged work product matters.

3  I have no client authority to waive the attorney-client privilege or the attorney work product doctrine,

4  and I do not intend to do so by virtue of this declaration or any portion thereof. Each Exhibit attached

5  hereto and referred to herein is hereby incorporated by reference.

6                                    **PRIOR ATTORNEY FEE ORDERS**

7        4.      On February 11, 2015, through prior counsel, Petitioner filed a Request for Order for

8  Attorney Fees and Costs, which was initially set for hearing on June 10, 2015 ("Petitioner's Fee

9  Request"). On June 8, 2015, Respondent substituted in new counsel, Felicia Meyers, who filed an *ex*

10 *parte* application on June 9, 2015 requesting that the hearing on Petitioner's Fee Request be continued.

11 When we appeared in Court on June 9, 2015, we discovered that Department 2C was dark.

12 Accordingly, Respondent's request to continue the hearing on Petitioner's Fee Request was trailed to

13 the following day, June 10, 2015. Petitioner filed a conditional Opposition to Respondent's *ex parte*

14 agreeing to the continuance on the condition that Respondent be ordered to pay a partial advance of

15 attorney fees and costs to my firm. On June 10, 2015, the Court continued the hearing on Petitioner's

16 Fee Request to June 30, 2015, and ordered Respondent to pay the sum of $35,000 to Brot & Gross,

17 LLP, on account and without prejudice, subject to reallocation and characterization, payable in full on

18 or before June 15, 2015. A true and correct copy of the Order on Respondent's *Ex Parte* Application

19 to Continue All Matters on Calendar for June 10 and 17, 2015 entered July 14, 2015 is attached hereto

20 marked as **Exhibit "A"** and hereby incorporated by reference.

21       5.      My office received payment from Respondent in the sum of $10,000 on June 12, 2015,

22 and $25,000 on June 22, 2015.

23       6.      The hearing on Petitioner's Fee Request was held on June 30, 2015. As and for a

24 contributive share of Petitioner's attorney and accountant fees and costs, on account and without

25 prejudice, the Court ordered Respondent to pay the sum of $65,000.00 directly to Brot & Gross, LLP,

26 payable one-half ($32,500.00) on or before August 29, 2015, and one-half ($32,500.00) on or before

27 October 28, 2015. **Respondent has not made any payments to my office in compliance with the**

28 **Court's Order**. A true and correct copy of the Order After Hearing Re Petitioner's Request for Order

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

1  re Attorney Fees and Costs Filed February 11, 2015, entered August 12, 2015 is attached hereto

2  marked as **Exhibit "B"** and hereby incorporated by reference.

3      7.    While Respondent has failed to make a single payment to my office pursuant to the

4  Court's Order, documents produced in discovery show that Respondent has continued to make

5  payments to his attorneys. Documents produced from American Express via subpoena show that on

6  July 14, 2015, Respondent made a payment to the Law Offices of Bruce Lorman in the sum of

7  $3,888.64. The following day, July 15, 2015, Respondent charged $2,500 to the Dion Law Group.

8  Furthermore, on July 10, 2015, Respondent issued payment to American Express in the sum of

9  $47,244.37. (**Exhibit "C"**). A credit card charge slip produced by Dion Law Group via subpoena

10 shows a $20,000 payment on September 11, 2015. (**Exhibit "D"**). Additional documents are due to

11 our office by the Law Offices of Bruce Lorman pursuant to our subpoena and the granting of our

12 Motion to Compel Compliance with said subpoena, which documents have not yet been received.

13 However, we believe that these documents will reflect additional attorney fee payments by

14 Respondent.

15                            **ATTORNEY FEES AND COSTS**

16     8.    I am a founding and senior partner of Brot & Gross, LLP. I have been a member of the

17 State Bar of California since my admission to the Bar in January 1972.  A copy of my Curriculum

18 Vitae is attached as **Exhibit "E"** and incorporated by reference.

19     9.    Petitioner retained Brot & Gross, LLP, on April 29, 2015, to perform all professional

20 services reasonably necessary to represent Petitioner's interests in the within proceeding.  Petitioner

21 paid my firm an initial retainer of $40,000 which she obtained through borrowing.  Subsequently,

22 Petitioner paid my firm an additional $25,000 which she also obtained through borrowing. As stated

23 above, Respondent has paid my firm a total of $35,000.

24     10.   Pursuant to my engagement to represent Petitioner, I agreed to perform all services

25 reasonably necessary to represent her interests in the within proceeding at the rate of $700 per hour,

26 plus costs, subject to an increase in my prevailing rate. For the services of Shelley L. Albaum, a

27 partner of the Firm with decades of family law experience, I bill Petitioner $550 per hour.  Lesser

28 amounts are charged for an associate attorney or legal assistant.  For the services of Lauren H. Katan,

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN
RFBDEC.4NG.rev1.wpd 110915.1121 CA                                CASE NO. BD 610 524
                                                                              PAGE 3
**DECLARATION OF RONALD F. BROT IN SUPPORT OF PETITIONER'S
REQUEST FOR ATTORNEY FEES AND COSTS**

1   an associate attorney with almost 6 years family law experience, I bill Petitioner $350 per hour. All

2   services rendered by other attorneys and staff members in connection with this matter have been

3   provided under my supervision. All of the services that have been rendered to Petitioner by my office

4   were billed at the foregoing rates, or at lesser rates, or were otherwise reduced as a courtesy. Petitioner

5   is solely responsible for the payment of all of her attorney fees and costs incurred with my office.

6          11.    As of October 31, 2015, Petitioner has incurred a total of $208,585.81 in attorney fees

7   and costs, consisting of $182,572.50 in fees, $24,397.09 in costs, and $1,316.22 in interest. A total

8   of $100,000 has been paid. The current balance owed to my firm is $108,585.81. A true and correct

9   copy of the redacted time records from inception through October 31, 2015, is attached hereto marked

10  as **Exhibit "F"** and hereby incorporated by reference.

11         12.    The hearing on Petitioner's first Fee Request was held on June 30, 2015. Since that

12  date, from July 1, 2015 through October 31, 2015, Petitioner incurred a total of $121,312.50 in

13  attorney fees and $18,241.60 in costs, and the services rendered during that time period include, but

14  are not limited to:

15        (A)    Preparation of Opposition to Respondent's *ex parte* Application (filed July 2, 2015),

16               Court appearance on July 2, 2015 in connection with Respondent's *ex parte*

17               application, Preparation of Opposition to Respondent's *ex parte* Application (filed July

18               15, 2015), Court appearance on July 15, 2015 in connection with Respondent's *ex*

19               *parte* application. (See the accompanying Declaration of Lauren H. Katan for details

20               regarding the foregoing *ex parte* applications). Petitioner incurred a total of

21               approximately $7,983 in connection with Respondent's *ex parte* applications.

22        (B)    Attendance at Petitioner's Deposition noticed by Respondent, including preparation of

23               extensive request for production of documents thereat. Petitioner incurred a total of

24               approximately $10,290 in connection with her Deposition.

25        (C)    Court appearance for Respondent's (first) Request for Order re Modification of Child

26               Custody, Child Support and Spousal Support filed March 25, 2015 ("Respondent's first

27               RFO"), including preparation for same, Review of Respondent's (second) Request for

28               Order re Modification of Child Custody, Child Support and Spousal Support filed

**BROT & GROSS, LLP**
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN
RFBDEC.4NG.rev1.wpd  110915.1121 CA

CASE NO. BD 610 524
PAGE 4

**DECLARATION OF RONALD F. BROT IN SUPPORT OF PETITIONER'S
REQUEST FOR ATTORNEY FEES AND COSTS**

September 28, 2015 ("Respondent's second RFO"). Petitioner incurred a total of approximately $5,003 in connection with Respondent's two Requests to Modify the exact same custody and support order.

(D)    Preparation of Petitioner's first Order to Show Cause and Affidavit for Contempt filed July 14, 2015 ("Petitioner's first OSC re Contempt"), Preparation of Petitioner's second Order to Show Cause and Affdavit for Contempt filed September 4, 2015 ("Petitioner's second OSC re Contempt"), Court appearance at Respondent's arraignment in connection with both OSC's re Contempt, and Preparation for the Trial on both OSC's re Contempt. Petitioner has incurred a total of $13,727.50 in connection with both OSC's re Contempt.

(E)    Issuance of 23 Deposition Subpoenas for Production of Business Records to Respondent's various financial institutions, business associates, employers, and attorneys, including review and analysis of the corresponding production of documents. Petitioner incurred a total of $7,465 in connection with the foregoing discovery.

(F)    Preparation of Motion to Compel Compliance with Deposition Subpoena for Production of Business Records of Custodian of Records of Law Offices of Bruce M. Lorman, which required prior meet and confer efforts, Review of Responsive Declaration re same, Preparation of Reply to same, and court appearance for purposes of same,  including preparation for same. Petitioner incurred a total of $5,565 in connection with the Motion to Compel.

(G)    Preparation for the hearing on Petitioner's Request for Domestic Violence Restraining Order filed May 28, 2015 ("DVRO") including the preparation of witness testimony outlines and exhibits. Petitioner has incurred a total of approximately $17,448 in connection with the preparation of her case in chief.

(H)    Issuance of discovery to Respondent including Requests for Admissions, Form Interrogatories, Demand for Production of Documents, and Special Interrogatories, and Preparation of five (5) separate Motions to Compel Respondent's Response to Requests for Admissions, Form Interrogatories, Demand for Production of Documents,

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN
RFBDEC.4NG.rev1.wpd  110915.1121 CA
CASE NO. BD 610 524
PAGE 5
DECLARATION OF RONALD F. BROT IN SUPPORT OF PETITIONER'S
REQUEST FOR ATTORNEY FEES AND COSTS

and Special Interrogatories for his failure to respond. Petitioner has incurred a total of approximately $5,205 in connection with the foregoing discovery and Motions regarding same.

(I)     Review of Respondent's Request for Order re Custody Evaluation and Accountant, Preparation of Opposition to same, and Court appearance, including preparation for same. Petitioner incurred a total of approximately $3,557.50 in connection with Respondent's Request for Order.

(J)     Preparation of *ex parte* application to continue the hearing on Respondent's (second) RFO (filed October 8, 2015), and Court appearance for purposes of same. Petitioner incurred a total of approximately $3,150 in connection with the *ex parte* application.

(K)     Preparation of *ex parte* application to continue the DVRO hearing based on Petitioner's Constitutional 5th Amendment rights from the filing of Respondent's Order to Show Cause and Affidavit of Contempt against Petitioner ("Respondent's OSC re Contempt"), and Court appearance for purposes of same. Petitioner incurred a total of approximately $2,345 in connection with the *ex parte* application.

(L)     Communications with opposing counsel, and opposing party (not including communications allocated in the foregoing work performed). Petitioner incurred a total of approximately $5,577.50 in connection with communications with opposing counsel, opposing party.

(M)     Communications regarding visitation, including communications with the current child visitation monitor. Petitioner incurred a total of approximately $1,487.50 in connection with communications regarding visitation.

(N)     Strategy meetings, and consultations and communications with Petitioner (not including any meetings or communications allocated in the foregoing work performed). Petitioner incurred a total of approximately $14,100 in connection with strategy meetings and communications and meetings with Petitioner.

(O)     Preparation of Petitioner's Preliminary Declaration of Disclosure. Petitioner incurred a total of approximately $735 in connection with the preparation of same.

IN RE MARRIAGE OF GOLDMAN
RFBDEC.4NG.rev1.wpd  110915.1121 CA
CASE NO. BD 610 524
PAGE 6
DECLARATION OF RONALD F. BROT IN SUPPORT OF PETITIONER'S
REQUEST FOR ATTORNEY FEES AND COSTS

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796



(P)     Review of Civil Lawsuit initiated by Respondent against Petitioner's family for the money paid toward the down payment of real property during marriage, including Notice of Lien, and subsequent communications and correspondence. Petitioner incurred a total of approximately $1,505 in connection with the filing of Respondent's lawsuit.

(Q)     Settlement negotiations. Petitioner has incurred a total of approximately $2,135 in connection with settlement.

## PROSPECTIVE SERVICES

13.     The following prospective services remain to be done for Petitioner:

A.     Preparation for and attendance at the two-day hearing on Petitioner's DVRO.

B.     Preparation for and attendance at the trial on Petitioner's First OSC re Contempt, and Petitioner's Second OSC re Contempt, including issuance of Civil Subpoenas Duces Tecum, preparation of witnesses and exhibits.

C.     Preparation for and attendance at the trial on Respondent's OSC re Contempt.

D.     Preparation for and attendance at the hearing on Respondent's second RFO to Modify Custody and Support, possibly including preparation of witnesses and exhibits for a *Family Code* § 217 hearing.

E.     Review and analysis of Respondent's Responsive Declaration to this Request for Attorney Fees and Costs.

F.     Preparation of the Reply in connection with this Request for Attorney Fees and Costs.

G.     Preparation and attendance at the hearing on this Request for Attorney Fees and Costs

H.     Review and analysis of Respondent's Responsive Declaration to five (5) separate Motions to Compel Respondent's Response to Form Interrogatories, Special Interrogatories, Requests for Admission, and two (2) Demands for Production of Documents.

I.     Preparation of the Reply in connection with the five (5) separate Motions to

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

**DECLARATION OF RONALD F. BROT IN SUPPORT OF PETITIONER'S
REQUEST FOR ATTORNEY FEES AND COSTS**

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

1   Compel Respondent's Response to Form Interrogatories, Special
2   Interrogatories, Requests for Admission, and two (2) Demands for Production
3   of Documents.

4   J.   Preparation and attendance at the hearing on the five (5) separate Motions to
5   Compel Respondent's Response to Form Interrogatories, Special
6   Interrogatories, Requests for Admission, and two (2) Demands for Production
7   of Documents.

8   K.   Taking the deposition of Respondent regarding child custody and visitation,
9   Respondent's income, assets, and liabilities.

10   L.   Preparing and conducting out-of-state discovery to David & Goliath, Inc. for
11   the production of financial and other records.

12   M.   Preparation of Request for Order to Relocate with the Minor Child.

13   N.   Review and analysis of Respondent's Responsive Declaration to Petitioner's
14   Request to Relocate with the Minor Child.

15   O.   Preparation of the Reply in connection with Petitioner's Request to Relocate
16   with the Minor Child.

17   P.   Preparation and attendance at the hearing on Petitioner's Request to Relocate
18   with the Minor Child.

19   Q.   Preparation of Responsive Declaration to Respondent's second RFO.

20   R.   Review Reply Declaration in connection with Respondent's second RFO.

21   S.   Preparation and attendance at the hearing on Respondent's second RFO.

22   T.   Retention, meetings, and communications with forensic accountant.

23   U.   Communications, correspondence, and meetings with client.

24   V.   Communications with other expert(s) in connection with Petitioner's request
25   to relocate with the minor child.

26   14.   It is my good faith and professional opinion that in connection with the above-listed
27   services prior to an MSC and Trial, Petitioner will incur at least an additional $100,000 in attorney fees
28   and costs.

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

## RESPONDENT'S ABILITY TO PAY PETITIONER'S FEES AND COSTS

15.    By his own admission, Respondent acknowledges a source and ability to pay fees. Respondent contends that he has a $250,000 net interest in a real property located at 4672 Brewster Drive, Tarzana, CA 91356 ("Brewster property"), a $323,335 net community property interest in the real property located at 565 Bayview Drive, Belleair, FL 33756 ("Bayview property")[1], and a $107,000 net interest in a real property located at 548 Palmetto Road, Belleair, FL 33756 ("Palmetto property"). Respondent also admits to having $120,000 in artwork, and $37,500 in GNUS stock. A true and correct copy of Respondent's Income and Expense Declaration signed August 7, 2015 is attached hereto marked as **Exhibit "G"** and hereby incorporated by reference. A true and correct copy of Respondent's Schedule of Assets and Debts signed September 25, 2015 is attached hereto marked as **Exhibit "H"** and hereby incorporated by reference.

16.    Respondent's Income and Expense Declaration dated August 7, 2015, indicates that he spends $26,929 per month in living expenses, including monthly support of $4,000 paid to Petitioner. He also lists no current credit card debt or other debt incurred for the payment of his living expenses under Item 14 of his Income and Expense Declaration.

17.    Respondent alleges that he has had no ownership interest in David and Goliath ("D&G") between 2002 and 2014, and that he was only a salaried employee during this period. However, documents produced pursuant to subpoena by J.P. Morgan Chase bank where Respondent held 3 brokerage accounts, reveal that in August 2013, Respondent stated his annual income to be **over $400,000**, and his occupation is President of D&G. A copy of the foregoing is attached as **Exhibit "I"** and incorporated by reference. Further documents produced by Chase provide that in May 2005, Respondent stated that his annual income was **over $1,000,000, that his net worth was $2,000,000**, and that the source of his wealth is his employment as President of D&G. A copy of the foregoing is attached as **Exhibit "J"** and incorporated by reference. Additional documents produced pursuant to a subpoena by TD Ameritrade where Respondent held an account, reveal that in November 2013, Respondent stated his annual income to be **over $250,000**, and his occupation is Officer of

---

[1] As set forth in the accompanying Declaration of Nicole Goldman, Petitioner contends that the fair market value of the Bayview property is higher than Respondent claims.

1    D&G. Respondent further stated he had a net worth of **between $1,000,000 and $1,999,999**. A true

2    and correct copy of the foregoing is attached as **Exhibit "K"** and incorporated by reference. Moreover,

3    documents were produced pursuant to a subpoena by American Express where Respondent holds a

4    credit card account. In December 2014, Respondent completed what appears to be a housing

5    application in which Respondent stated that his gross monthly income from employer D&G is $20,000.

6    A true and correct copy of the foregoing is attached as **Exhibit "L"** and incorporated by reference.

7         I declare under penalty of perjury under the laws of the State of California that the foregoing

8    is true and correct, and that this declaration was executed at Sherman Oaks, California, in the County

9    of Los Angeles, State of California, on November 23, 2015.

10

11

12                    RONALD F. BROT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN
RFBDEC.4NG.rev1.wpd  110915.1121 CA                    CASE NO. BD 610 524
**DECLARATION OF RONALD F. BROT IN SUPPORT OF PETITIONER'S**          PAGE 10
**REQUEST FOR ATTORNEY FEES AND COSTS**