# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15373 Innovation Drive, #170, San Diego, CA 92128.

A true and correct copy of the foregoing document entitled: **NICOLE GOLDMAN AND JASMIN ISMAIL'S MOTION
TO DISMISS, OR IN THE ALTERNATIVE, TO CONVERT DEBTOR'S CHAPTER 11 CASE PURSUANT TO 11 U.S.C.
§ § 305 AND 1112 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND
DECLARATION OF NICOLE GOLDMAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in
chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March
30, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robin Ferguson    pctcbk@taxcollect.com
- Alan W Forsley    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Ron Maroko    ron.maroko@usdoj.gov
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Elaine Nguyen    elaine@wsrlaw.net, jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Russell H Rapoport    rrapoport@mbnlawyers.com, aacosta@mbnlawyers.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Lisa Torres    ltorres@gogglaw.com, mburke@gogglaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, jamie@wsrlaw.net;vinnet@ecf.inforuptcy.com

[ ]    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On March 30, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668, Los Angeles, CA 90012

[X]    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 30, 2016I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

[ ]    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 30, 2016 | Melanie M. Burke | /s/ Melanie Burke |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:16-bk-11330-BR
Central District of California
Los Angeles
Wed Mar 30 09:38:24 PDT 2016

KOGAN LAW FIRM
1849 Sawtelle Blvd.
Los Angeles, CA 90025-7012

Pinellas County Tax Collector
PO Box 4006
Seminole, FL 33775-4006

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Alexandra R. Lavinsky
12121 Wilshire Blvd., Suite 501
Los Angeles, CA 90025-1164

Ali L. Fishbein
Buter Buzard Fishbein & Royce
11611 San Vicente Blvd., Suite 820
Los Angeles, CA 90049-6508

American Express
P.O. Box 981540
El Paso, TX 79998-1540

American Express Centurion Bank
c o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Blue Shield Of California
P.O. Box 769025
Woodland, CA 95776-9025

Bruce M. Lorman
1717 4th St., 3rd Floor
Santa Monica, CA 90401-3319

Cenlar
P.O. Box 77404
Ewing, NJ 08628-6404

David S. Goldman
851 Indian Rocks Rd.
Belleair, FL 33756-1084

Department Of Motor Vehicles
P.O. Box 942894
Sacramento, CA 94294-0001

Ed Moyer
43 Citrus Dr.
Palm Harbor, FL 34684-1207

Felicia R. Meyers
Meyer Olson Lowy & Meyers, LLP
10100 Santa Monica Bl., Suite 1425
Los Angeles, CA 90067-4149

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Hasan & Nasim Ismail
4327 Hunt Rd.
Cincinnati, OH 45242-6613

Ilene Fletcher
23777 Mulholland Hwy., #165
Calabasas, CA 91302-2761

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Marc Dion
Dion Law Group, APLC
660 Hampshire Rd.
Westlake Village, CA 91361-2504

Jasmin Ismail
10115 Kingsport Dr.
Cincinnati, OH 45241-3160

John H. Carmichael
13700 Cimarron Ave.
Gardena, CA 90249-2462

L.A. Commercial Group, Inc.
317 S. Brand Blvd.
Glendale, CA 91204-1701

Lenore D. Goldman
851 Indian Rocks Rd.
Belleair, FL 33756-1084

Lisa Hacker
4419 Van Nuys Blvd.
Sherman Oaks, CA 91403-2910

Michael L. Maguire
301 N. Canon Dr., Suite 320
Beverly Hills, CA 90210-4726

Nathan Mazur
217 Holiday Park Dr.
Pittsburgh, PA 15239-2309

Nicole Goldman
4672 Brewster Dr.
Tarzana, CA 91356-4802

Ron & Justine Fontes
70 Walker Rd.
Readfield, ME 04355-3756

Ronald F. Brot
Brot & Gross, LLP
15260 Ventura Blvd., Suite 1500
Sherman Oaks, CA 91403-5348

Steven L. Ober
324 N. Mansfield Ave.
Los Angeles, CA 90036-2624

Town of Belleair
901 Ponce de Leon Blvd.
Belleair, FL 33756-1034

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Daniel J Weintraub
Weintraub & Selth APC
11766 Wilshire Blvd Ste 1170
Los Angeles, CA 90025-6553

Elaine Nguyen
Weintraub & Selth APC
11766 Wilshire Blvd Ste 1170
Los Angeles, CA 90025-6553

James R Selth
Weintraub & Selth APC
11766 Wilshire Blvd Ste 1170
Los Angeles, CA 90025-6553

Nicole Goldman
Gates, O'Doherty, Gonter & Guy LLP
15373 Innovation Drive #170
San Diego, CA 92128-3427

Todd Goldman
4055 Redwood Ave., #142
Los Angeles, CA 90066-5191

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)Pinellas County Tax Collector
315 Court Street, 3rd Floor
Clearwater, FL 33756

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Brot & Gross LLP

(u)Courtesy NEF

(d)Pinellas County Tax Collector
PO Box 4006
Seminole, FL 33775-4006

End of Label Matrix
Mailable recipients     38
Bypassed recipients      3
Total                   41